**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| In re<br><br>**CARBON IQ, INC.,**<br><br>**Debtor and Debtor in Possession.** | Case No. 22-12076<br>Chapter 11<br>Subchapter V<br><br>Judge Beth A. Buchanan |

## DECLARATION OF RUSSELL M. SELMONT

I, Russell M. Selmont, hereby declare as follows:

1. My name is Russell M. Selmont. I am an adult of sound mind. The information in this Declaration is based on my personal knowledge and observations. If asked to testify, I could competently testify as follows.

2. I am a Partner at Ervin Cohen & Jessup LLP. I am admitted to practice law in the State of California and my license is in good standing.

3. I represent Justin Boisvert in litigation filed against Ben Cantey and Carbon IQ, Inc. that was previously pending in the U.S. District Court for the Central District of California (Case #2022-cv-03303) and has recently been remanded to the Los Angeles Superior Court where I originally filed it (hereinafter "the Boisvert Litigation"). A copy of the operative Complaint is attached hereto as **Exhibit "A"**. That Complaint details (1) Boisvert and Cantey first began working together in 2019; (2) Cantey and Boisvert founded Carbon IQ in December 2019 (with Cantey as CEO and Boisvert as CTO); (3) Boisvert was awarded a Stock Grant from Carbon IQ (signed by Cantey as CEO) for 3 million shares of Carbon IQ common stock that were to vest over 48 months with a 1 one year cliff date; (4) Cantey and Boisvert pivoted Carbon IQ from HR software to a web application that provides a pickup and delivery service for dry cleaners in June 2020; (5) In October 2020, Boisvert developed serious health conditions and Cantey approached Boisvert about him exiting the company while still retaining financial

17852.1:10824650.1

1



interest in the company Boisvert co-founded; (6) Cantey had Carbon IQ's lawyer prepare a Founder's Separation Agreement for Boisvert, which he signed in October 2020, which accelerated Boisvert's shares in Carbon IQ and provided for Boisvert to continue providing services to Carbon IQ; and (7) On November 19, 2020, Cantey and Carbon IQ terminated its working relationship with Boisvert because of his health conditions.

4. The Boisvert litigation was first filed in Los Angeles Superior Court on or about May 14, 2022. Cantey and Carbon IQ immediately removed the case to the United States District Court for the Central District of California.

5. After the Boisvert litigation was filed, Cantey provided Boisvert with his personnel file from his time at Carbon IQ, pursuant to Boisvert's request. In that personnel file, Boisvert discovered three documents that he had never seen before, which purported to be: (1) a Resignation of Justin Boisvert from Carbon IQ Inc. (2) a Repurchase of Unvested Shares and (3) an Action by Unanimous Written Consent of the Directors of Carbon IQ Inc., dated November 6, 2020 (together, the "Forged Documents"). Bosivert never previously received or agreed to sign the Forged Documents (that purported to strip him of all financial interest in Carbon IQ), which bore an electronic signature with his name that plainly did not match any electronic signature he had previously used and which directly matched Cantey's electronic signature. The face of the documents made clear they were forgeries because of inconsistencies in the dates and the metadata further confirmed the Forged Documents were forgeries because the documents were created several months after they were purported to have been signed.

6. In May 2022, I spoke to Ben Smith, who previously co-founded a company with Ben Cantey in Texas called Park Evergreen, Inc. Ben Smith explained to me that Cantey had defrauded his co-founders and investors in that company in early 2019.

7. In May or early June 2022, Boisvert and I spoke with Seth Oufnac, a Financial Examiner in the Enforcement Division of the Texas State Securities Board who "investigates potential violations of the Texas Securities Act." Oufnac explained the Texas State Securities Board was investigating Cantey for fraud and other violations relating to Park Evergreen, Inc and

reached out to Boisvert to inquire about Cantey's fraud in the Boisvert Litigation.

8.  On or about June 13, 2022, I spoke with Michael Tu of Cooley LLP, counsel for Cantey and Carbon IQ in the Boisvert Litigation. I expressly told Michael Tu about the Forged Documents, about Cantey's previous fraud with Park Evergreen, Inc., about the fact that the Texas State Securities Board was investigating Cantey for fraud and also that I had learned that Cantey previously doctored and forged emails to make it seem as if they came from Park Evergreen's former lawyers. I told Michael Tu that it was in everyone's best interests for his firm and experts to immediately investigate the authenticity of the Forged Documents because that would have obvious implications for the Boisvert Litigation and he said he would look into it.

9.  On June 15, 2022, I filed a Motion to Remand the Boisvert Litigation back to Los Angeles Superior Court, where it was originally filed. That Motion expressly mentioned the Forged Documents and had a declaration from Boisvert explaining how the metadata plainly revealed the Forged Documents were forgeries. That Motion also included a Declaration from Ben Smith, Cantey's Co-founder at Park Evergreen detailing Cantey's earlier fraud as well as the Texas State Securities Board's active investigation into Cantey for fraud. A true and correct copy of that motion and the declarations filed in connection therewith is attached as **Exhibit "B"**.

10. Over the next several months, I had multiple phone conversations with Cooley in which I inquired if they had their experts complete their review to determine if Cooley believed the Forged Documents were authentic. Each time Cooley lawyers stated they were still reviewing but not in a position to discuss with me.

11. Cooley continued to represent Cantey and Carbon IQ through their Opposition to our Motion to Remand and at deposition in connection with jurisdictional discovery related thereto ordered by the Judge.

12. On December 16, 2022, Cooley filed a Motion to Withdraw as Counsel of Record for Carbon IQ, Inc. and Cantey.

13.     On February 3, 2023, the Court granted our Motion for Remand, ordered the case sent back to Los Angeles Superior Court and deemed Cooley's Motion to Withdraw deemed moot. The Boisvert Litigation has not yet recommenced in Los Angeles Superior Court as we continue to await notification from the Court.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 22nd day of February, 2023, at Beverly Hills, California.

By: _____
Russell M. Selmont (SBN 252522)
   rselmont@ecjlaw.com
Elliot Chen (SBN 313941)
   echen@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Creditor, Justin Boisvert