|   |   |
|---|---|
| 1 | Russell M. Selmont (SBN 252522) |
|   | rselmont@ecjlaw.com |
| 2 | Elliot Z. Chen (SBN 313941) |
|   | echen@ecjlaw.com |
| 3 | **ERVIN COHEN & JESSUP LLP** |
|   | 9401 Wilshire Boulevard, Ninth Floor |
| 4 | Beverly Hills, California 90212-2974 |
|   | Telephone  (310) 273-6333 |
| 5 | Facsimile  (310) 859-2325 |
| 6 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN BOISVERT, | Case No. 2:22-cv-3303 |
| Plaintiff, | **DECLARATION OF JUSTIN BOISVERT IN SUPPORT OF MOTION TO REMAND** |
| v. | |
| CARBON IQ, INC. (D/B/A RUMBY), a Delaware Corporation; BENJAMIN CANTEY, an individual; and DOES 1 through 10, inclusive, | (Los Angeles Superior Court Case No. 22STCV12600) |
| Defendants. | |

17852.1:10600599.3

DECLARATION OF JUSTIN BOISVERT

JUSTIN BOISVERT DECLARATION
PAGE 6

PLAINTIFF'S EXHIBIT 2

**DECLARATION OF JUSTIN BOISVERT**

I, Justin Boisvert, declare as follows:

1. I am the plaintiff in this case and have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and, as to those, I am informed and believe that they are true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Plaintiff's Motion to Remand.

2. I am a computer programmer with 13 years of experience. I attended the University of California, Berkeley from the fall of 2014 to the spring of 2015 before dropping out to pursue a career in early stage companies. In December 2019, after successful initial fundraising from a venture capital firm, I formed Carbon IQ, Inc. ("Rumby") with Benjamin Cantey ("Cantey"), with Cantey as Chief Executive Officer and me as the Chief Technology Officer. When Rumby was formed, it was incorporated in the State of Delaware, with its Principal Place of Business in the County of Los Angeles, California. In fact, we used my former address in Los Angeles County, 29315 Stonecrest Road, Rancho Palos Verdes, California 90275, as Rumby's mailing address in Rumby's application for incorporation and in SS-4 filings.

3. For the entire time that I worked for Rumby, from December 2019 through November 2020, Rumby was based in Los Angeles County, California. When Cantey and I formed Rumby in December 2019, Cantey and I both lived in Los Angeles, California. From December 2019 through June 2020, all direction, control, and coordination of Rumby's activities took place from Los Angeles County, California. Rumby's high-level officers, Cantey and myself, both lived in and directed Rumby's activities from Los Angeles, California.

4. In June 2020, Cantey moved to Cincinnati, Ohio. However, Rumby was still based in Los Angeles, California through my departure from Rumby in November 2020. In fact, Rumby continued to use my address in Palos Verdes as its

1 formal address through at least December 2020. Attached hereto as **Exhibit "EE"** is a true and correct copy of text message correspondence between me and Cantey from February 18, 2021, confirming this to me.

5. Attached hereto as **Exhibit "A"** is a true and correct copy of Rumby's media kit, from September 2020. As can be seen, Rumby described itself as a "Los Angeles based technology startup." By that time, Cantey and I had hired a number of full-time employees: (1) Charles Williams, Director of Cleaner Success (and now the Chief Operating Officer); (2) Evan Biller, Director of Sales & Partnerships; (3) Jordan Tavarez, Director of Product; (4) Hannah Olsen, Director of Marketing; (5) Osiris Cadena, Account Executive; (6) Camilo Sanchez, Account Executive; and (7) Jacob Villanueva, Press and Media Manager.

6. On November 19th of 2020, I was terminated by Cantey. At the time of my termination, I was locked out of my Rumby Slack account, my Rumby Gmail account, my Rumby Github account, my Rumby Amazon Web Services account, and my Rumby Zapier account. Any subsequent communications with me and Cantey were either through my personal Gmail account or through texts. There were no subsequent contracts signed by me with Cantey or Rumby since my termination. The last contract that I signed during my employment at Rumby was the Founder Separation Agreement.

7. To my knowledge, at least half of Rumby's high-ranking employees, Charles Williams and Hannah Olsen, lived in and coordinated Rumby's activities from California. Charles Williams and Hannah Olsen were based in and coordinated Rumby's activities from Los Angeles, California. Although Rumby's employees worked remotely from around the country, to the best of knowledge, none of Rumby's directors, officers, and/or employees lived in the State of Ohio, other than Cantey.

8. According to Rumby's website, Rumby's team now consists of 19 employees. Attached hereto as **Exhibit "B"** is a true and correct copy of the website

ERVIN COHEN & JESSUP LLP

https://www.rumby.co/ourstory, accessed on June 10, 2022. Rumby appears to have modified their website since the time that their Notice of Removal was filed, on May 16, 2021. Attached hereto as **Exhibit "C"** is a true and correct copy of the website https://www.rumby.co/ourstory, accessed on May 23, 2022, which identifies 14 Rumby employees.

9. On information and belief, the high-level employees and officers in each version appear to be the same. The high-level officers identified are: (1) Cantey, CEO; (2) Charles Williams, Chief Operating Officer; and (3) Tobias Person, Chief Operating Officer. High-level employees appear to include: (4) Shawntay Mallory, Director of Human Resources; (5) Ashley Cashner, Director of Marketing; (6) Jacob Villanueva, Director of Support; and (7) David Palomares, Director of Product.

10. Two of Rumby's three high-level officers, Charles Williams and Tobias Person, live in and direct Rumby's activities from Los Angeles, California. Attached hereto as **Exhibit "D"** is a true and correct copy of Charles Williams' LinkedIn page, linked to from Rumby's website, https://www.linkedin.com/in/charles-williams-47ba9442/, and which was accessed and printed on June 3, 2022. Attached hereto as **Exhibit "E"** is a true and correct copy of Tobias Person's LinkedIn page, also linked to from Rumby's website, https://www.linkedin.com/in/tobiasperson/, and which was accessed and printed on June 3, 2022.

11. I also understand that David Palomares, Rumby's Director of Product, lives in Los Angeles County, California (specifically in Pasadena). Attached hereto as **Exhibit "F"** is a true and correct copy of David Palomares' LinkedIn page, linked to from Rumby's website, and which was accessed and printed on June 3, 2022.

12. I accessed Rumby's Instagram page during the week of March 14, 2022, https://www.instagram.com/rumby.co/?hl=en, and viewed Rumby's

Instagram stories. Attached hereto as **Exhibit "G"** is a true and correct copy of a screenshot of Rumby's Instagram story from the week of March 14, 2022, showing what appears to be a Rumby team meeting. As can be seen, the bulk of Rumby's team members attend the meeting and direct Rumby's operations remotely. Rumby's Instagram story shows Charles Williams and Tobias Person attending their team meeting remotely, and apparently from Los Angeles, California. While I worked at Rumby, we held similar meetings on a weekly basis.

13. Attached hereto as **Exhibit "H"** is a true and correct copy of Rumby's Terms of Service, https://www.rumby.co/terms, that I accessed and printed on April 12, 2022. The Mailing Address displayed in Section 16 and Section 22 of the Terms of Service is in West Hollywood, Los Angeles, California 90046. I have accessed Rumby's Terms of Service since the filing of the Complaint, including as of the date this declaration was executed, and its Terms of Service appear to be the same in relevant part.

14. Attached hereto as **Exhibit "I"** is a true and correct copy of Rumby's Privacy Policy, https://www.rumby.co/privacyhttps://www.rumby.co/terms, accessed and printed on May 27, 2022. Rumby's Privacy Policy also lists Rumby as having a mailing address in West Hollywood, Los Angeles, California 90046. I accessed Rumby's Privacy Policy on or about April 12, 2022, and it appears to be unchanged between April 12, 2022 and May 27, 2022.

15. Prior to filing the Complaint, on April 12, 2022, I accessed and printed a PDF of Rumby's LinkedIn page, https://www.linkedin.com/company/rumby/. Attached hereto as **Exhibit "J"** is a true and correct copy of Rumby's LinkedIn page. As can be seen, Rumby's LinkedIn page states that Rumby is headquartered in Los Angeles, California. The About section states that "Rumby is a Los Angeles based technology startup . . ."

16. Rumby changed their headquarters to Cincinnati, Ohio on their LinkedIn page sometime between the filing of the Complaint (April 13, 2022) and

the filing of the Notice of Removal (May 16, 2022). Attached hereto as **Exhibit "K"** are true and correct copies of Rumby's LinkedIn page, which was accessed and printed on June 3, 2022, as well as the About section of Rumby's LinkedIn page, which was accessed and printed on May 23, 2022. However, Rumby did not change the About section, which still states that "Rumby is a Los Angeles based technology startup . . ."

17. Upon information and belief, Rumby also changed the headquarters on their website between the filing of the Complaint (April 13, 2022) and the filing of the Notice of Removal (May 16, 2022). Specifically, I recall accessing the webpage https://www.rumby.co/join-our-team just prior to filing the Complaint. It is my recollection that this website stated that Rumby was headquartered or based in Los Angeles. Unfortunately, I did not print a copy of Rumby's Join Our Team page. Rumby changed this page after the Complaint was filed, to state that "Rumby is a venture-backed startup headquartered in the heart of downtown Cincinnati, OH." Attached hereto as **Exhibit "L"** is a true and correct copy of Rumby's Join Our Team page, accessed and printed on June 10, 2022.

18. A similar description appears in the "About Rumby" section of Rumby's job postings. Attached hereto as **Exhibit "M"** are true and correct copies of Rumby's job postings for the roles of Channel Success Manager (Cleaners), Business Intelligence Engineer, Strategic Business Analyst, and Channel Success Manager (Commerce), which were accessed and printed between June 9, 2022 and June 10, 2022. Notably, Rumby states in each of the foregoing job postings that the employee will report to Rumby's Chief Operating Officer [Charles Williams, based in Los Angeles] or to Rumby's Chief Strategy Officer [Tobias Person, based in Los Angeles]. The "About Rumby" section of the foregoing job postings states "Rumby is a venture backed startup headquartered in Cincinnati, Ohio, building technology to help small businesses survive and thrive in the pandemic and post-pandemic economy. The nature of being an early stage startup means we move fast, we launch

new features and products frequently, and we're growing rapidly. There is no slow day at Rumby and you'll realize quickly that this is a tight knit family busting ass every day to build this incredible company. Our organization values mental well being, rest and relaxation, family, pets, and the great outdoors!" Upon information and belief, Rumby changed the "About Rumby" section of its job postings after the complaint was filed.

19. Using Google Cache, I was able to access versions of Rumby's job descriptions from just prior to when Rumby changed its "About Rumby" description, for the positions of Channel Success Manager (Cleaners) [cache showing snapshot as it appeared on April 24, 2022], Vice President of Marketing [snapshot as of May 9, 2022], and Graphic Designer [snapshot as of March 31, 2022]. Attached hereto as **Exhibit "N"** are true and correct copies of the Google Cached versions of the foregoing job postings, which were accessed and printed on June 9, 2022. Upon information and belief, Rumby was using this version of the "About Rumby" description at the time the Complaint was filed. This version states: "Rumby is a venture backed startup from Los Angeles building technology to help small businesses survive and thrive in the pandemic and post-pandemic economy. The nature of being an early stage startup means we move fast, we launch new features and products frequently, and we're growing rapidly. There is no slow day at Rumby and you'll realize quickly that this is a tight knit family busting ass every day to build this incredible company. Our Los Angeles roots mean we appreciate mental well being, rest and relaxation, pets at the office, and the great outdoors!"

20. On April 7th of 2022, I requested a copy of my personnel file from Cantey. On May 14, 2022, Cantey responded to my request with a link to a folder containing my personnel file (in Cantey's words, "all employee contracts and documentation"). Attached hereto as **Exhibit "O"** is a true and correct copy of that email exchange. Notably, Cantey confirms in his response that Rumby was "headquartered in California" while I worked there.

21. The folder contained the following files, among others: (1) Stock Grant Notice; and (2) Founder Separation Agreement. Each of the Stock Grant Notice, Founder Separation Agreement, and the Joint Agreement are legitimate documents that I recall signing. Attached hereto as **Exhibit "P"** is a true and correct copy of the Stock Grant Notice that Cantey provided to me in my personnel file. Attached hereto as **Exhibit "Q"** is a true and correct copy of the Founder Separation Agreement that Cantey provided to me in my personnel file. Attached hereto as **Exhibit "R"** is a true and correct copy of the Joint Agreement between Cantey and myself, dated June 16, 2019, which is another document that Cantey and I have signed, but which was not included in my personnel file.

22. The folder also contained the following files: (4) Forged Resignation, "justin-b-resignation.docx (1).pdf"; (5) Forged Stock Repurchase, "repurchase-ack.docx (1).pdf"; and (6) Forged Board Action, "corporate-resolution.docx (1).pdf" (collectively, the "Forged Documents"). Attached hereto as **Exhibit "S"** is a true and correct copy of the Forged Resignation that Cantey provided to me in my personnel file. Attached hereto as **Exhibit "T"** is a true and correct copy of the Forged Stock Repurchase that Cantey provided to me in my personnel file. Attached hereto as **Exhibit "U"** is a true and correct copy of the Forged Board Resolution that Cantey provided to me in my personnel file.

23. I had never seen any of the Forged Documents prior to receiving my personnel file from Cantey. They are forgeries.

24. The Forged Repurchase Agreement and the Forged Resignation purport to be signed by me on December 5, 2020. I did not sign either of these documents. The e-signature that appears on these documents (attached to this declaration as Exhibits S and T) is derived from exactly the same e-signature font that Cantey uses for the vast majority of his e-signatures that I have seen. I have never signed documents using this e-signature font. When I sign a PDF document, I draw my signature manually using a vector program that is native to Mac OS X. This can be

clearly seen on the legitimate documents that Cantey provided in my personnel file, the Stock Grant Notice, the Founder Separation Agreement, and the Joint Agreement (attached to this declaration as Exhibits P, Q, and R).

25. Upon receiving the Forged Documents, I conducted a metadata analysis of the documents, drawing from my 13 years of experience as a computer programmer. I analyzed the metadata for these documents by uploading them to https://www.metadata2go.com/, free software for analyzing metadata. Attached hereto as **Exhibit "V"** are true and correct copies of the metadata analyses for the Stock Grant Notice, the Founder Separation Agreement, the Joint Agreement, the Forged Resignation, the Forged Stock Repurchase, and the Forged Board Action. As can be seen, the internal production utility (the "Producer" row from the metadata tables) shows that the Joint Agreement and Founder Separation Agreement were produced natively on Mac OS X while the Stock Grant Notice was produced on Qt 4.8.7, which is a multimedia library that can be used to generate PDFs, and which is used by Gust, the web application that Cantey and I used to incorporate Rumby (https://gust.com/launch). The creation date for the metadata for each of those documents matches the date that it was signed. By contrast, the metadata for the Forged Documents shows that each was created on April 1, 2021, which is not when the Forged Documents purport to be signed. In addition, the internal production utility (the "Producer" row of the metadata tables) shows that each of the Forged Documents was created using "Skia/PDF m91 Google Docs Renderer." I have never used Google Docs to sign a document, and I certainly would not use Google Docs to sign something as important as the Forged Resignation or the Forged Stock Repurchase.

/ / /

/ / /

/ / /

/ / /

26. On May 11, 2022, out of the blue, I received an email from Seth Oufnac. He stated that he was a Financial Examiner on behalf of the Enforcement Division of the Texas State Securities Board who investigates potential violations of the Texas Securities Act, and asked to speak with me about Cantey. Attached hereto as **Exhibit "W"** is a true and correct copy of that email.

27. Benjamin Smith, Cantey's former business partner, provided me with a copy of the Data License Agreement between Plot and WC. I analyzed the metadata for the Forged Data License Agreement by uploading it to https://www.metadata2go.com/. Attached hereto as **Exhibit "DD"** is a true and correct copy of the metadata analysis for the Forged Data License Agreement. As can be seen, like the Forged Documents, the Forged Data License Agreement was also created using "Skia/PDF m74," an earlier derivative of the Google Docs internal production utility used in 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 13, 2022, at Los Angeles, California.

_____
Justin Boisvert