Russell M. Selmont (SBN 252522)
  rselmont@ecjlaw.com
Elliot Z. Chen (SBN 313941)
  echen@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN BOISVERT,<br><br>         Plaintiff,<br><br>    v.<br><br>CARBON IQ, INC. (D/B/A RUMBY), a Delaware Corporation; BENJAMIN CANTEY, an individual; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 2:22-cv-3303<br><br>**DECLARATION OF ELLIOT Z. CHEN IN SUPPORT OF MOTION TO REMAND**<br><br>(Los Angeles Superior Court Case No. 22STCV12600) |

17852.1:10602447.2

DECLARATION OF ELLIOT Z. CHEN

ELLIOT Z. CHEN DECLARATION
PAGE 17

**PLAINTIFF'S EXHIBIT 3**

## DECLARATION OF ELLIOT Z. CHEN

I, Elliot Z. Chen, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an Associate at Ervin Cohen & Jessup, attorneys of record for Plaintiff Justin Boisvert. I havepersonal knowledge of the facts set forth herein, except as to those stated on information and belief, and, as to those, I am informed and believe that they are true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Plaintiff's Motion to Remand.

2. Attached hereto as **Exhibit "B"** is a true and correct copy of the website https://www.rumby.co/ourstory, which I accessed and printed to PDF on June 10, 2022. Rumby appears to have modified their website since the time that their Notice of Removal was filed, on May 16, 2021. Attached hereto as **Exhibit "C"** is a true and correct copy of the website https://www.rumby.co/ourstory, which I accessed and printed on May 23, 2022, which identifies 14 Rumby employees.

3. I am informed and believe that two of Rumby's three identified high-level officers are based in Los Angeles, California: Charles Williams (Chief Operating Officer) and Tobias Person (Chief Strategy Officer). Attached hereto as **Exhibit "D"** is a true and correct copy of Charles Williams' LinkedIn page, that I accessed and printed from a link on Rumby's website on June 3, 2022, https://www.linkedin.com/in/charles-williams-47ba9442/. Attached hereto as **Exhibit "E"** is a true and correct copy of Tobias Person's LinkedIn page, that I accessed and printed from a link on Rumby's website on June 3, 2022, https://www.linkedin.com/in/tobiasperson/.

4. I also understand that David Palomares, Rumby's Director of Product, lives in Los Angeles County, California (specifically in Pasadena). Attached hereto as **Exhibit "F"** is a true and correct copy of David Palomares' LinkedIn page, that I accessed and printed from a link on Rumby's website on June 3, 2022, https://www.linkedin.com/in/david-palomares-27b370130/.

5. Attached hereto as **Exhibit "I"** is a true and correct copy of Rumby's Privacy Policy, https://www.rumby.co/privacy, that I accessed and printed on May 27, 2022. Rumby's Privacy Policy lists Rumby as having a mailing address in West Hollywood, Los Angeles, California 90046.

6. Attached hereto as **Exhibit "K"** are true and correct copies of Rumby's LinkedIn page, that I accessed and printed on June 3, 2022, as well as the About section of Rumby's LinkedIn page, that I accessed and printed on May 23, 2022. Notably, Rumby About section states that "Rumby is a Los Angeles based technology startup . . ."

7. Attached hereto as **Exhibit "L"** is a true and correct copy of Rumby's Join Our Team page, that I accessed and printed on June 10, 2022.

8. A similar description appears in the "About Rumby" section of Rumby's job postings. Attached hereto as **Exhibit "M"** are true and correct copies of Rumby's job postings for the roles of Channel Success Manager (Cleaners), Business Intelligence Engineer, Strategic Business Analyst, and Channel Success Manager (Commerce), that I accessed and printed between June 9, 2022 and June 10, 2022. Upon information and belief, Rumby changed the "About Rumby" section of its job postings after the complaint was filed.

9. Using Google Cache, I was able to access versions of Rumby's job descriptions from just prior to when Rumby changed its "About Rumby" description, for the positions of Channel Success Manager (Cleaners) [cache showing snapshot as it appeared on April 24, 2022],[1] Vice President of Marketing [snapshot as of May 9, 2022],[2] and Graphic Designer [snapshot as of March 31,

---

[1] https://webcache.googleusercontent.com/search?q=cache:baRM_VcpcX4J:https://www.rumby.co/channel-success-manager-cleaners+&cd=3&hl=en&…

[2] https://webcache.googleusercontent.com/search?q=cache:ECMhKR3_5tsJ:https://www.rumby.co/vpmarketing+&cd=5&hl=en&ct=clnk&gl=us

17852.1:10602447.2

3

DECLARATION OF ELLIOT Z. CHEN

2022].³ Attached hereto as **Exhibit "N"** are true and correct copies of the Google Cached versions of the foregoing job postings, that I accessed and printed on June 9, 2022. Upon information and belief, Rumby was using this version of the "About Rumby" description at the time the Complaint was filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 14, 2022, at Los Angeles, California.

_____
Elliot Z. Chen

---

³ https://webcache.googleusercontent.com/search?q=cache:Rflk_zE84JsJ:https://www.rumby.co/graphic-designer-exchange-product+&cd=13&hl=en&ct…

17852.1:10602447.2

4

DECLARATION OF ELLIOT Z. CHEN