1  Russell M. Selmont (SBN 252522)
    rselmont@ecjlaw.com
2  Elliot Z. Chen (SBN 313941)
    echen@ecjlaw.com
3  **ERVIN COHEN & JESSUP LLP**
   9401 Wilshire Boulevard, Ninth Floor
4  Beverly Hills, California 90212-2974
   Telephone  (310) 273-6333
5  Facsimile  (310) 859-2325

6  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN BOISVERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARBON IQ, INC. (D/B/A RUMBY), a Delaware Corporation; BENJAMIN CANTEY, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-3303<br><br>**DECLARATION OF BENJAMIN SMITH IN SUPPORT OF MOTION TO REMAND**<br><br>(Los Angeles Superior Court Case No. 22STCV12600) |

17852.1:10601057.5

PLAINTIFF'S EXHIBIT 4

**DECLARATION OF BENJAMIN SMITH**

I, Benjamin Smith, declare as follows:

1. I was the Chief Technology Officer (CTO) of Park Evergreen, Inc. ("Plot") and have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and, as to those, I am informed and believe that they are true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in support of Plaintiff's Motion to Remand.

2. On June 21, 2019, Benjamin Cantey ("Cantey") was fired from his position as the CEO of Plot by its board of directors. By June 24, 2019, Asif Rahman became the CEO of Plot. During the events leading to Cantey's firing, which are described in more detail below, I was the CTO and a shareholder of Plot. After firing Cantey, we reviewed his work emails at Plot (ben.cantey@plotme.co) to reconstruct the events that took place. Based on this review, we determined that Cantey had forged documents and emails, and lied to Plot's investors, while working as Plot's CEO.

3. In early 2019, Plot was in negotiations with World Cinema, Inc. ("WC") regarding a data license agreement. On February 12, 2019, Cantey pulled out of negotiations with WC. Attached hereto as **Exhibit "X"** is a true and correct copy of Cantey's February 12, 2019 email to WC, which we retrieved from Plot's servers.

4. Cantey never informed Plot's team that he pulled out of negotiations with WC. Instead, throughout February 2019, Cantey continued to provide Plot with "updates" regarding negotiations with WC, through Plot's Slack channel. On March 1, 2019, Cantey informed us that the deal with WC had been agreed to, and shared a Data License Agreement that was purportedly signed by WC's Vice President with Plot's Slack channel. Attached hereto as **Exhibit "Y"** are true and correct copies of screenshots of Plot's Slack channel, showing messages from Cantey regarding the

1. WC deal.

5. Attached hereto as **Exhibit "Z"** is a true and correct copy of what we later learned was a forged Data License Agreement that Cantey shared with Plot's Slack channel.

6. Cantey later admitted to that this agreement was fake. Nicolas Jones, WC's Vice President, never signed the Data License Agreement. Specifically, after he was fired, on June 28, 2019, Cantey sent an email to Asif Rahman, cc'ing myself and Jenn Starr, in which Cantey apologized for "the world cinema deception" and claimed that he did not use the fake contract in fundraising, sales, or dealmaking. Attached hereto as **Exhibit "AA"** is a true and correct copy of the email exchange between Cantey and Asif Rahman on which I was cc'd.

7. After March 1, 2019, Cantey continued to represent to Plot and its shareholders (including me) that Plot had an agreement with WC. By April 2019, the team at Plot became concerned that we had not yet received a payment from WC. Cantey continued to represent that the contract was complete, sharing snippets of conversations that he claimed to be having with officers of WC. These conversations appear to be purely imaginary.

8. In early April 2019, Cantey began forwarding emails to me to update me on the status of the negotiations with WC, that purported to be from Nicolas Jones (WC's Vice President) and from Ryan Preston (Plot's attorney). When I examined Cantey's emails, I discovered that these emails were fakes. Cantey had emailed himself these emails from his personal Gmail account. It appears that he then forwarded me these emails, changing the forwarding information so it would appear that they were sent from Nick Jones and Ryan Preston accordingly. I discovered entire multiple extended email conversations between Cantey's Plot email and Cantey's personal Gmail account, in which Cantey used his personal Gmail account to pretend to be another person.

9. Attached hereto as **Exhibit "BB"** is a true and correct copy of Cantey's

1  work email, pulled from Plot's servers, showing an email that Cantey sent from his
2  personal Gmail address to his work email, posing as the Vice President of WC,
3  Nicolas Jones. As shown, Cantey then forwarded that email to myself and Jenn
4  Starr, changing the forwarded message information so that it appeared that the
5  message was sent from Nicolas Jones, instead of from Cantey's personal email
6  address.

7  10. Attached hereto as **Exhibit "CC"** is a true and correct copy of Cantey's
8  work email, pulled from Plot's servers, showing an email exchange between
9  Cantey's personal Gmail account and Cantey's work email, in which Cantey was
10 pretending to be Ryan J. Preston of Perkins Coie. Cantey then forwarded this email
11 exchange to myself and Evan Biller, changing to forwarding information to make it
12 appear that he was communicating with Ryan J. Preston, instead of with his personal
13 email account.

15 I declare under penalty of perjury under the laws of the United States of
16 America that the foregoing is true and correct.
17 Executed June 13, 2022, at San Antonio, Texas.

Benjamin Smith

17852.1:10601057.5

4
DECLARATION OF BENJAMIN SMITH