***Boisvert v. Carbon IQ, Inc.*, Case No. 2:22-cv-03303 FLA (KSx), United States District Court for the Central District of California**

On April 14, 2022, Justin Boisvert, a former employee and co-founder of Carbon IQ, Inc. d/b/a Rumby (hereafter, "Rumby"), filed a complaint against Rumby and Ben Cantey in Los Angeles County Superior Court, alleging a number of claims related to Boisvert's prior work for Rumby, including breach of contract for a separation agreement, and certain minimum wage and disability-related claims.  According to the complaint, Boisvert worked full-time for Rumby as its Chief Technology Officer from December 2019 to October 2020 when he was allegedly diagnosed with Lyme Disease.  Boisvert claims Rumby failed to pay him minimum wage and to make reasonable accommodations for his disability (resulting from the Lyme Disease diagnosis).  The complaint seeks 1,000,000 shares of Rumby's common stock, which if issued today would represent approximately 6.4% of the Company's fully diluted capitalization, pursuant to the allegedly breached separation agreement, damages, payment of wages, penalties, punitive damages, costs, and attorneys' fees.  Rumby and Cantey are represented by Cooley LLP with respect to this lawsuit.  Boisvert is represented by Ervin Cohen & Jessup LLP.

On May 16, 2022, the complaint was removed by Rumby and Cantey from state court to federal court (the United States District Court for the Central District of California), where it has been assigned to United States District Judge Fernando L. Aenlle-Rocha.  The complaint was removed to federal court on the basis of diversity jurisdiction, since Rumby and Cantey are both citizens of Ohio and Boisvert is a citizen of California.  On June 15, 2022, Boisvert filed a motion to remand the case to state court, arguing that Rumby is in fact a citizen of California because two of the company's executives work remotely from that state.  After the motion was briefed, the Court deferred a decision and instead granted Boisvert leave to take limited jurisdictional discovery on the question of whether Rumby's principal place of business was in California or Ohio as of the time the original complaint was filed on April 14, 2022.  The hearing on the motion to remand has been continued to October 21, 2022 to allow the parties to complete jurisdictional discovery.  The jurisdictional discovery and remand hearing dates may further move based on recent requests by Boisvert's counsel.

On June 22, 2022, we filed a motion to dismiss in the federal court regarding all 16 claims of the original complaint.  On July 29, 2022, instead of opposing the dismissal motion, Boisvert filed an amended complaint, which included additional allegations and dropped one claim from the original complaint.  The parties agreed and the Court approved a joint stipulation staying our deadline to further respond to this amended complaint until the Court has resolved the pending motion to remand.  We anticipate that we will file another motion to dismiss the amended complaint should the case remain in federal court; if the complaint is remanded to state court, we anticipate we will file a demurrer to similarly challenge the amended claims.

The only other current case deadline that has been set is a scheduling conference on September 9, 2022.  If desired, Cooley LLP can be available to discuss any questions related to this matter.

PLAINTIFF'S EXHIBIT
5