Gmail                                                                                    Ben Cantey <ben@rumby.co>

## Quick summary
6 messages

**Ben Cantey** <ben@rumby.co>                                                            Fri, Oct 7, 2022 at 1:45 PM
To: "Hallinan, Matt" <mhallinan@cooley.com>

Hey Matt, (this is confidential and not be shared or distributed without written consent)

Brace yourself:

The bad:
1: Rumby's growth numbers and investor updates have been false since October 2020
2: These numbers have been presented since then to investors (existing and potential) in order raise more funds and grow the business
3: Funds were used to grow the business but I did pay myself large commissions on each round of funding paid. This will not look good
4: Only minor bookkeeping has been done from the beginning and no taxes have been filed (quarterly or annual) we have a staff accountant joining this month and the intention was to put her to work bring everything current
5: I acted solely alone in this and all current employees and contractors are working under the assumption of our ACTUAL growth numbers
6: This puts the Series A out of reach currently even though I was prepared before all this to take it through with the hope and intention to indeed scale it and make our investors money
7: With our current burn and large one-off bills due in October we realistically have 3 months runway unless we make drastic moves on the employee front
8: $3mm+ will need to be raised to see this company to good standing on a rocket trajectory

The Good:

1. We have a real business and a real future
2. Large deals coming together with Kroger, Blackstone, etc
3. Growth is okay but about to increase significantly as we launch new products this month
4. Business could be profitable in 6 months
5. The growth I misrepresented to investors is achievable and less than 12 months away
6. There are 2+ potential acquirers if we needed to recoup investor's $$ now instead of raising funds to sustain the company
7. The entire employee group is engaged, excited, and well trained and not aware of any of this

I'm currently working on pulling together all the deals, budgets, runway, and other data to present options on path forward. I'm going to need another day or two to get this done however I wanted to get the scope of things to you to think about. Then would like to chat about course of action and how we present to Jay.



### Ben Cantey
**FOUNDER + CEO**

✉ ben@rumby.co
📞 512.939.8067
📍 Cincinnati, Ohio

RUMBY IS A PROUD PARTNER OF THE CINCINNATI BENGALS



PLAINTIFF'S EXHIBIT 6

**Hallinan, Matt** <mhallinan@cooley.com>  Fri, Oct 7, 2022 at 2:18 PM
To: Ben Cantey <ben@rumby.co>

Ben,

Thanks for the candid summary. My guess is what we will end up needing to do here to seek any of the alternatives is to get an accounting firm to really dig through the books and put together actual financials. If you have a draft of these prepared, that would be helpful for me to see. Are we going to walk through this with Jay this afternoon still after we discuss? He's asking.

Matt Hallinan

Cooley LLP

1333 2nd Street, Suite 400

Santa Monica, CA  90401-4100

+1 310 883 6459 office

+1 310 883 6500 fax

mhallinan@cooley.com

www.cooley.com

Cooley is committed to racial justice

---

**From:** Ben Cantey <ben@rumby.co>
**Sent:** Friday, October 7, 2022 10:46 AM
**To:** Hallinan, Matt <mhallinan@cooley.com>
**Subject:** Quick summary

[External]

---

[Quoted text hidden]

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

**Ben Cantey** <ben@rumby.co>  Fri, Oct 7, 2022 at 2:30 PM
To: "Hallinan, Matt" <mhallinan@cooley.com>

What do you recommend? I'd prefer to have these details ironed out and action plans: A, B, C itemized and mapped out so he has the entire picture instead of just the bad news but you're more experienced than I on this.

[Quoted text hidden]

--

[Quoted text hidden]

---

**Ben Cantey** <ben@rumby.co>     Fri, Oct 7, 2022 at 2:51 PM
To: "Hallinan, Matt" <mhallinan@cooley.com>

I'm engaging Marcum to begin an audit next week. I will share the contract with you and Jay as soon as I have it. I'd say we hold our board meeting until that is complete and I've had a chance to prepare the recovery plans. Otherwise the meeting will be a bunch of Jay yelling and we won't have enough information to create action items.

What are your thoughts?




**Ben Cantey**
FOUNDER + CEO

✉ ben@rumby.co
📞 512.939.8067
📍 Cincinnati, Ohio




RUMBY IS A PROUD PARTNER OF THE CINCINNATI BENGALS

[Quoted text hidden]

---

**Hallinan, Matt** <mhallinan@cooley.com>     Sun, Oct 9, 2022 at 5:16 PM
To: Ben Cantey <ben@rumby.co>

Ben:

Your request that we not share your email has placed us in a difficult situation. As I explained on our call on Monday and in our additional communications since then, with respect to this matter, I have been communicating with you in my capacity as outside corporate counsel for the Company, not as your personal counsel. On Tuesday, I outlined a course of action to you and Jay, specifically that Randall Lee and I, as counsel for the Company, would meet with you, and then discuss the information you disclosed to us with the entire Board of Directors, so that all of these communications would be protected by the Company's attorney-client privilege to the greatest extent possible, and both you and Jay agreed to this course of action. We did not agree that our communications with you would be confidential vis-à-vis the Board, or that we would withhold any information you provided to us from the Board.

Your request below that we not share your email with anyone, including, presumably, the Board, has now significantly complicated the situation and is not in-line with how we agreed this would be handled because in our communications with you and Jay, we all agreed that we would share the information you provided to us with the Board. We do not owe you any duty of confidentiality with respect to this information, and we all agreed in advance that we would share the information with the Board. However, the request that you made on Friday, which is contrary to what you agreed to on Tuesday, along with the fact that you and the Company are our joint clients for the litigation, has affected our ability to continue to represent both you and the Company in the litigation, and the Company in other matters, given the present circumstances.

I will soon be informing the Board that information you disclosed to us, and your request that we not share that information, has created a conflict that affects Cooley's ability to represent you and the Company in the litigation, as well as the Company in other matters. If you change your position with respect to your request, please let me know immediately, and I will inform the Company accordingly. Please remember, however, that I am not your counsel with respect to this issue, so I would like to repeat my prior recommendation for you to retain your own counsel to advise you, if you have not already done so. As you know, the Board was

scheduled to meet at 1 pm PT on Friday – a meeting that you cancelled. Jay has reached out to me multiple times, and I have not yet responded to him due to this conflict.

We believe we must withdraw from representing both you and the Company in connection with the litigation. We will, of course, take reasonable steps to prevent any prejudice to your interests, including handling the upcoming 30(b)(6) deposition of the Company, if necessary. We recommend that you retain your own counsel for the litigation going forward and for the other issues that have arisen as well, if you have not already done so. We are happy to assist you in finding new counsel, if you would like. We will also work with you or your counsel to ensure a smooth transition of the litigation.

Thank you,

Matt

Matt Hallinan

Cooley LLP

1333 2nd Street, Suite 400

Santa Monica, CA  90401-4100

+1 310 883 6459 office

+1 310 883 6500 fax

mhallinan@cooley.com

www.cooley.com

Cooley is committed to racial justice

**From:** Ben Cantey <ben@rumby.co>
**Sent:** Friday, October 7, 2022 10:46 AM
**To:** Hallinan, Matt <mhallinan@cooley.com>
**Subject:** Quick summary

[External]

Hey Matt, (this is confidential and not be shared or distributed without written consent)

[Quoted text hidden]

[Quoted text hidden]

---

**Ben Cantey** <ben@rumby.co>                                                          Mon, Oct 10, 2022 at 11:13 AM
To: "Hallinan, Matt" <mhallinan@cooley.com>

Hi Matt,

Thank you for this email. Can we jump on to discuss? I knew the clock was ticking when I sent this email to you and I sent it to make sure you had all the pieces of the puzzle (at a high level) to inform a discussion around next steps. My intent is/was not to keep this information confidential beyond having that discussion. You may share it as needed to Jay/the board. I would like to understand a break down of some of these items when you have time today. I'll also move forward in booking a board meeting with Jay for either tomorrow or Wednesday depending on availability.

Jay and I do need to get together ASAP to discuss next steps and a number of strategic items pending. We have a franchise partner ready to invest (their desire is to grab ownership and financially support projects we have underway for them). Let me know if you have 15-20mins today to review your email items. Thanks,

Ben



### Ben Cantey
**FOUNDER + CEO**

 ben@rumby.co
 512.939.8067
 Cincinnati, Ohio


RUMBY IS A PROUD PARTNER OF THE CINCINNATI BENGALS

[Quoted text hidden]