

Michael C. Tu
T: +1 310 883 6550
mctu@cooley.com

Via E-Mail to:  ben@rumby.co

May 4, 2022

Carbon IQ Inc.
Ben Cantey, CEO and Founder
440 Northern Ave
Cincinnati, OH 45229

**Re:    Supplemental Engagement Letter**

Dear Ben:

We are pleased to confirm that you have asked Cooley LLP to represent Carbon IQ Inc. (d/b/a Rumby) and Benjamin Cantey (together, the "Clients") in connection with the lawsuit filed in Los Angeles Superior Court, Case No. 22STCV12600 (hereafter, the "Litigation").

The terms set forth in our original Engagement Agreement between Cooley and Carbon IQ, dated April 1, 2022, will continue to govern this matter. Should the Clients request and we agree that additional services will be performed by us in connection with the Litigation, then such terms will also govern those additional services unless we agree in writing on different terms.

I will have primary initial responsibility for the Clients' representation in this matter and will utilize other attorneys and paralegals in the firm in the best exercise of my professional judgment. Matt Hallinan will of course remain involved, and we anticipate that Alix Mayhugh will be working with on this matter with me as well. If at any time you have any questions, concerns or criticisms, please contact me at once.

<u>Joint Representation</u>

With apologies for the formality of this letter, we are required by attorney professional and ethical rules to make some disclosures because of the joint nature of this representation.  As you have requested Cooley to represent both Carbon IQ and Benjamin Cantey in the Litigation, the potential exists that your interests may conflict with some or all of the other clients who we would be jointly representing. The applicable rules of professional conduct provide that before doing so, we must make full disclosure to you of the consequences of joint representation and obtain each client's consent.

In light of the facts and circumstances currently known to us, we do not believe that any actual conflict exists between any of the parties who we have been asked to represent.  However, there are potential conflicts that you should consider.

In many instances, it is in the best interest of defendants in litigation to be represented by the same attorney, so as to maintain a "united front."  Such a united stance increases the overall chances of success in defeating the plaintiffs' claims, or in negotiating the most economical settlement. However, one of the potential conflicts associated with such joint representation of a group of individuals is that the attorney may tend to emphasize the interests of the group as a whole more than any particular individual.  While we will represent each of you to the best of our ability, clearly our emphasis will be on all of you as a group; we will not be in a position to claim that one of you is "less culpable" or has less legal exposure than other

Cooley LLP   1333 2nd Street   Suite 400   Santa Monica, CA   90401
t: +1 310 883 6400  f: +1 310 883 6500  cooley.com



PLAINTIFF'S EXHIBIT 8



Benjamin Cantey
May 4, 2022
Page Two

defendants.  Not all the parties may have the same goals in the negotiations and our obligation will be to represent the interests of the whole as opposed to that of any individual party.

There is always the possibility that the plaintiffs' attorneys may seek to pursue the claims more vigorously against certain persons than against others, or may offer to settle with different persons on different terms, although this would be unusual in this case.  In such circumstances, it may not be possible for counsel who jointly represent multiple parties to pursue the individual advantage of each party with the same level of aggressiveness that separate counsel might be able to.  In addition, to the extent that any one defendant or group of defendants might wish to pursue a strategy that casts blame or responsibility on other persons jointly represented by us, we would not be in a position to do so because of the need to represent each client's interests fairly and aggressively.

Additionally, in any case involving complex events occurring over an extended period of time, different individuals may recall events differently in deposition or trial testimony, or may provide testimony that suggests varying levels of responsibility for corporate acts. This is a common occurrence, and we do not anticipate that it would create a conflict.  However, if an unanticipated conflict arises in the future, we will notify you immediately, and we ask you to notify us if you believe such a conflict has arisen.

There are additional adverse aspects of multiple representation of which you need to be aware.  For example, you might ordinarily expect that your communications to us as your attorneys would be privileged.  However, in a multiple representation scenario such as this, anything you disclose to us may be disclosed to any of the other jointly represented clients.  Further, in the event a conflict were to arise between two or more defendants, and a civil proceeding is initiated between you, communications made in the course of our simultaneous representation could be offered in evidence in such a proceeding, and neither party could claim attorney-client privilege as to such communications.

It is possible that during the course of the Litigation, an actual conflict of interest will develop between two or more of the parties.  In that event, applicable rules of professional conduct would prevent us from continuing the joint representation without the informed written consent of each client. We would communicate with you at such time in order to set forth the specifics of the conflict and solicit waivers if appropriate.  We will proceed with joint representation if waivers are appropriate and provided to us by you.

Should a conflict arise which would prevent us from continuing to represent all of you, we would intend to continue to represent a smaller group of you such that the conflict would not exist within the group.  By signing this letter in the space provided below, you agree that if such a conflict arises, you will not seek to disqualify us from our continued representation of our remaining clients in this matter and will not object to our use of confidential or privileged information gathered in the course of the joint representation, notwithstanding any adversity that may develop.

We recommend that you consider seeking independent counsel to assist you in deciding whether or not to consent; however, whether or not you seek counsel is entirely up to you.

If you have any questions that you would like us to answer prior to reaching a decision, please feel free to discuss them with me.  If you are willing to consent after such review as you believe appropriate, please sign below.

***

Thank you for your confidence.  We look forward to working with you and navigating this dispute to the best possible outcome.  Should you ever need to reach me, my contact information is above, and my

# Cooley

Benjamin Cantey
May 4, 2022
Page Three

personal mobile number is (310) 770-3360.

Sincerely

*[signature]*

Michael C. Tu

cc: Matt Hallinan

On behalf of Carbon IQ Inc. (d/b/a Rumby), I have read the foregoing and (1) accept and agree to the terms of this engagement letter, and (2) consent to the joint representation of Carbon IQ and Benjamin Cantey by Cooley LLP in connection with the Litigation and agree that should a conflict arise requiring Cooley to withdraw from my representation, Cooley may continue to represent those clients with whom there is no conflict.

**ACCEPTED AND AGREED:**

On behalf of Carbon IQ Inc.

*[signature: Ben Cantey]*

Benjamin Cantey

CEO and Founder, Carbon IQ, Inc.

**ACCEPTED AND AGREED:**

On behalf of Benjamin Cantey

*[signature: Ben Cantey]*

Benjamin Cantey