Ben Cantey <ben@rumby.co>

## Cooley Invoices: - Carbon IQ INC - 347599

1 message

**Glynn, Deirdre** <dglynn@cooley.com>　　　　　　　　　　　　　　　　　Wed, Jul 6, 2022 at 11:38 AM
To: "ben@rumby.co" <ben@rumby.co>

Hello, Attached, please find the invoices for services rendered through May 31st 2022.

We kindly request all of our clients to make payments electronically via either ACH or wire transfer. Our banking information and wire instructions are located on the remittance page of your invoice. Please reach out to us if you have any questions. Thank you for your support in our efforts to foster a cleaner and healthier environment.

Regards,

Dee

Deirdre Glynn

Billing Department

Cooley LLP

3 Embarcadero Center 20th Floor

San Francisco CA. 94111-4004.

dglynn@cooley.com

www.cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**3 attachments**

 **Invoice_2514173.PDF**
98K

 **Invoice_2514174.PDF**
98K


PLAINTIFF'S EXHIBIT 9

CooleyAddressChange.pdf
110K



| | | |
|---|---|---|
| | ATTORNEYS AT LAW | Palo Alto, CA |
| | | San Diego, CA |
| | 3 Embarcadero Center | Los Angeles, CA |
| | 20th Floor | |
| | San Francisco, CA | Denver, CO |
| June 30, 2022 | 94111-4004 | |
| | MAIN 415 693-2000 | Seattle, WA |
| | FAX  415 693-2222 | New York, NY |
| | | Reston, VA |
| Ben Cantey | | Washington, DC |
| Carbon IQ INC | | |
| 440 Northern Ave | www.cooley.com | Boston, MA |
| Cincinnati, OH  45229 | | Chicago, IL |
| | Taxpayer ID Number | |
| | 94-1140085 | Shanghai, P. R. China |
| | | Beijing, P. R. China |
| | | Hong Kong |
| | | Singapore |
| | | London, United Kingdom |
| | | Brussels, Belgium |

**Invoice Number:  2514173**

**347599-100**
**General Corporate**

*For services rendered through May 31, 2022*

| | | |
|---|---|---|
| Gross Fees | $ | 2,257.50 |
| Less 10% Discount | $ | (225.75) |
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 2,031.75 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 21.25 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **2,053.00** |

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048



Page    2

**347599-100**  **Invoice Number:  2514173**
**General Corporate**

**For services rendered through May 31, 2022 :**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/03/22 | Caitlin E. Courtney | Call with T. Person re retail partner LOI | 0.50 |
| 05/18/22 | Matthew Hallinan | Discuss M25 requests with H. Wang and Ben | 0.30 |
| 05/25/22 | Matthew Hallinan | Revise side letter with Gould Ventures; send thoughts to H. Wang | 0.30 |
| 05/30/22 | Matthew Hallinan | Review changes to side letter; send issues list to B. Cantey | 0.20 |
| 05/31/22 | Matthew Hallinan | Call with B. Cantey re side letter with Gould Ventures; coordinate changes; correspondence with Gould's counsel re side letter | 0.60 |

| | |
|---|---|
| **Total Fees** | **$2,257.50** |
| Less 10% Discount | (225.75) |
| **Subtotal Fees** | **$2,031.75** |

**Fee Summary:**

| Timekeeper | Rate | Hours | Total |
|---|---|---|---|
| Matthew Hallinan | 1200 | 1.40 | 1,680.00 |
| Caitlin E. Courtney | 1155 | .50 | 577.50 |

**For costs and disbursements recorded through May 31, 2022 :**

| | |
|---|---|
| Document Preparation | 21.25 |
| **Total Costs** | **$21.25** |
| **Total:** | **$2,053.00** |

CL 01 21048



| | | |
|---|---|---|
| | ATTORNEYS AT LAW | Palo Alto, CA |
| | | San Diego, CA |
| | 3 Embarcadero Center | Los Angeles, CA |
| | 20th Floor | |
| | San Francisco, CA | Denver, CO |
| | 94111-4004 | Seattle, WA |
| June 30, 2022 | MAIN 415 693-2000 | |
| | FAX  415 693-2222 | New York, NY |
| | | Reston, VA |
| Ben Cantey | | Washington, DC |
| Carbon IQ INC | | |
| 440 Northern Ave | www.cooley.com | Boston, MA |
| Cincinnati, OH  45229 | | Chicago, IL |
| | Taxpayer ID Number | |
| | 94-1140085 | Shanghai, P. R. China |
| | | Beijing, P. R. China |
| | | Hong Kong |
| | | Singapore |
| | | London, United Kingdom |
| | | Brussels, Belgium |

**347599-100**                                                                                      **Invoice Number:  2514173**
**General Corporate**

### R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

| | | |
|---|---|---|
| **For services rendered-Invoice No. 2514173:** | | |
| Fees | $ | 2,031.75 |
| Chargeable costs and disbursements | $ | 21.25 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **2,053.00** |

Outstanding Balance from prior Invoices as of 6/30/2022  *(May not reflect recent payments)*

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---|---|---|
| 2500374 | 5/31/2022 | 864.00 | 0.00 | 864.00 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . .    $    **864.00**

**Total Amount Due on Current and Prior Invoices (USD)**. . . . . . . . . . . . . . . . . . . .    $    **2,917.00**

CL 01 21048



Page    2

**347599-100**    **Invoice Number: 2514173**
**General Corporate**

**Cooley LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may accrue late charges.

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048



| | | |
|---|---|---|
| | ATTORNEYS AT LAW | Palo Alto, CA |
| | | San Diego, CA |
| | 3 Embarcadero Center | Los Angeles, CA |
| | 20th Floor | |
| | San Francisco, CA | Denver, CO |
| June 30, 2022 | 94111-4004 | Seattle, WA |
| | MAIN 415 693-2000 | |
| | FAX  415 693-2222 | New York, NY |
| | | Reston, VA |
| Ben Cantey | | Washington, DC |
| Carbon IQ INC | www.cooley.com | Boston, MA |
| 440 Northern Ave | | |
| Cincinnati, OH  45229 | Taxpayer ID Number | Chicago, IL |
| | 94-1140085 | Shanghai, P. R. China |
| | | Beijing, P. R. China |
| | | Hong Kong |
| | | Singapore |
| | | London, United Kingdom |
| | | Brussels, Belgium |

**Invoice Number:  2514174**

**347599-101**
**2022 SAFE Financing**

*For services rendered through May 31, 2022*

| | | |
|---|---|---:|
| Gross Fees | $ | 7,200.00 |
| Less 10% Discount | $ | (720.00) |
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 6,480.00 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **6,480.00** |

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048

Page    2



**347599-101**                                                                                                    Invoice Number:  2514174
**2022 SAFE Financing**

**For services rendered through May 31, 2022 :**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/06/22 | Matthew Hallinan | Review SAFE and warrant documents; call re status with P. Andrew; draft pro forma; discuss with working group; follow up with S. Gentile; request documents from prior counsel | 1.70 |
| 05/06/22 | Han Wang | Review data room documents and cap table; draft a summary of SAFEs and missing documents; communicate to prior counsel for missing documents | 1.50 |
| 05/09/22 | Matthew Hallinan | Attend to questions re subsequent SAFE issuances from investor | 0.20 |
| 05/09/22 | Han Wang | Review data room items; follow up with prior counsel with questions; review new SAFEs and summarize; follow up with prior counsel re: missing documents | 2.00 |
| 05/10/22 | Han Wang | Coordinate SAFE diligence and prepare responses | 0.10 |
| 05/18/22 | Han Wang | Coordinate additional closing; prepare side letter | 0.40 |
| 05/24/22 | Han Wang | Coordinate additional closing; prepare side letter | 0.90 |
| 05/25/22 | Han Wang | Draft side letter; review comments by M. Hallinan; finalize draft side letter | 1.10 |

**Total Fees**                                                                                                                                 $7,200.00

Less 10% Discount                                                                                                                           (720.00)
**Subtotal Fees**                                                                                                                           $6,480.00

**Fee Summary:**

| Timekeeper | Rate | Hours | Total |
|---|---|---|---|
| Matthew Hallinan | 1200 | 1.90 | 2,280.00 |
| Han Wang | 820 | 6.00 | 4,920.00 |

**Total:**                                                                                                                                        $6,480.00

CL 01 21048

# Cooley

|  |  |
|---|---|
| ATTORNEYS AT LAW | Palo Alto, CA |
|  | San Diego, CA |
| 3 Embarcadero Center | Los Angeles, CA |
| 20th Floor | |
| San Francisco, CA | Denver, CO |
| 94111-4004 | |
| MAIN 415 693-2000 | Seattle, WA |
| FAX  415 693-2222 | New York, NY |
|  | Reston, VA |
|  | Washington, DC |
| www.cooley.com | Boston, MA |
|  | Chicago, IL |
| Taxpayer ID Number | |
| 94-1140085 | Shanghai, P. R. China |
|  | Beijing, P. R. China |
|  | Hong Kong |
|  | Singapore |
|  | London, United Kingdom |
|  | Brussels, Belgium |

June 30, 2022

Ben Cantey
Carbon IQ INC
440 Northern Ave
Cincinnati, OH  45229

**347599-101**                                                                                             **Invoice Number:   2514174**
**2022 SAFE Financing**

### R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

| **For services rendered-Invoice No. 2514174:** | | |
|---|---|---|
| Fees | $ | 6,480.00 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$** | **6,480.00** |

Outstanding Balance from prior Invoices as of 6/30/2022 *(May not reflect recent payments)*

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---|---|---|
| 2500375 | 5/31/2022 | 3,589.20 | 0.00 | 3,589.20 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . .    $         **3,589.20**

**Total Amount Due on Current and Prior Invoices (USD)**. . . . . . . . . . . . . . . . . . . .    $        **10,069.20**

CL 01 21048



Page    2

**347599-101**      **Invoice Number: 2514174**
**2022 SAFE Financing**

**Cooley LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)**
**and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may accrue late charges.

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048