

Ben Cantey <ben@rumby.co>

## Cooley LLP – Statement of Account – Carbon IQ Inc. - 347599 - checking in
4 messages

**Kong, David** <dkong@cooley.com>   Mon, Aug 1, 2022 at 3:23 PM
To: "ben@rumby.co" <ben@rumby.co>
Cc: "Kong, David" <dkong@cooley.com>, "Hallinan, Matt" <mhallinan@cooley.com>

Good afternoon Mr. Cantley –

   I hope all is well with you.   Below is a statement of account for Carbon IQ Inc. and just wanted to check in with you to see if/when any payments can be made against the past due invoices, particularly May.   Any payment information you can provide would be appreciated.    Payments can also be made online by ACH/credit card  (link: https://ww2.e-billexpress.com/ebpp/Cooley/   )


**When sending payment, we kindly ask that you remit payment electronically via ACH or wire. Instructions can be found below.**

| Matter # | Invoice # | Invoice Date | Days | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 347599-100 | 2500374 | 5/31/2022 | 62 | 864.00 | 864.00 |
| 347599-100 | 2514173 | 6/30/2022 | 32 | 2,053.00 | 2,053.00 |
| 347599-100 | 2526349 | 7/31/2022 | 1 | 5,420.25 | 5,420.25 |
| | | **Matter Total** | | 8,337.25 | 8,337.25 |
| 347599-101 | 2500375 | 5/31/2022 | 62 | 3,589.20 | 3,589.20 |
| 347599-101 | 2514174 | 6/30/2022 | 32 | 6,480.00 | 6,480.00 |
| 347599-101 | 2526350 | 7/31/2022 | 1 | 11,881.80 | 11,881.80 |
| | | **Matter Total** | | 21,951.00 | 21,951.00 |
| 347599-201 | 2500376 | 5/31/2022 | 62 | 1,011.50 | 1,011.50 |
| 347599-201 | 2526351 | 7/31/2022 | 1 | 73,282.35 | 73,282.35 |
| | | **Matter Total** | | 74,293.85 | 74,293.85 |

PLAINTIFF'S EXHIBIT 10

|  |  |  |
|---|---:|---:|
| **Grand Total** | **104,582.10** | **104,582.10** |

**Cooley LLP**
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206 ABA Routing # 121000248 Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s) and send remittance advice to**
AR@cooley.com

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may accrue late charges.

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this statement, please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.


Best Regards,
David

**David Kong**
Accounting Department
Cooley LLP
3 Embarcadero Center, 20th floor
San Francisco, CA  94111-4004
Direct: +1 415 693 2271
Email: dkong@cooley.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

**Ben Cantey** <ben@rumby.co>                                                                                        Tue, Aug 2, 2022 at 2:51 PM
To: "Kong, David" <dkong@cooley.com>
Cc: "Kong, David" <dkong@cooley.com>, "Hallinan, Matt" <mhallinan@cooley.com>
Bcc: 6964899@bcc.hubspot.com

Thank you David and apologies that we are past due. Please send future invoices to: accounting@rumby.co as my email quickly gets swamped.

I'm travelling from a trade show today with half our team but we will get a wire out tomorrow first thing.

Ben



## Ben Cantey
**FOUNDER + CEO**

✉ ben@rumby.co
📞 512.939.8067
📍 Cincinnati, Ohio

 RUMBY IS A PROUD PARTNER OF THE CINCINNATI BENGALS

[Quoted text hidden]

---

**Kong, David** <dkong@cooley.com>                                    Tue, Aug 2, 2022 at 3:48 PM
To: Ben Cantey <ben@rumby.co>
Cc: "Hallinan, Matt" <mhallinan@cooley.com>

Thank you Mr. Cantey –

I have advised our billing department to update our files for future invoices.

Please let me know if you have any further questions.

Thank you

David K.

**David Kong**

Accounting Department

Cooley LLP

3 Embarcadero Center • 20th Floor

[Quoted text hidden]
[Quoted text hidden]

---

**Hallinan, Matt** <mhallinan@cooley.com>                              Wed, Aug 3, 2022 at 12:01 AM
To: Ben Cantey <ben@rumby.co>, "Kong, David" <dkong@cooley.com>

Thanks Ben!

Matt Hallinan

Cooley LLP

1333 2nd Street, Suite 400

Santa Monica, CA  90401-4100

+1 310 883 6459 office

+1 310 883 6500 fax

mhallinan@cooley.com

www.cooley.com

Cooley is committed to racial justice

---

**From:** Ben Cantey <ben@rumby.co>
**Sent:** Tuesday, August 2, 2022 11:51 AM
**To:** Kong, David <dkong@cooley.com>
**Cc:** Hallinan, Matt <mhallinan@cooley.com>
**Subject:** Re: Cooley LLP – Statement of Account – Carbon IQ Inc. - 347599 - checking in

---

[External]

---

[Quoted text hidden]
[Quoted text hidden]