**Gmail**

Ben Cantey <ben@rumby.co>

## Cooley Invoice: 2527702 - Carbon IQ Inc. - 347599-201

1 message

**Lin, Lisa Law** <llin@cooley.com>                                                    Wed, Aug 3, 2022 at 1:09 PM
To: "accounting@rumby.co" <accounting@rumby.co>

Hello, Attached, please find the invoice for services rendered through May 31, 2022.

We kindly request all of our clients to make payments electronically via either ACH or wire transfer. Our banking information and wire instructions are located on the remittance page of your invoice. Please reach out to us if you have any questions. Thank you for your support in our efforts to foster a cleaner and healthier environment.

Best Regards,

## Lisa Lin

Client Maintenance Specialist

Cooley LLP • 3 Embarcadero Center • 20th Floor
San Francisco, CA  94111-4004

Main: 415-693-2000

Email : llin@cooley.com

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

---

 **Invoice_2527702.PDF**
103K





July 31, 2022

Ben Cantey
Carbon IQ Inc.
440 Northern Ave
Cincinnati, OH  45229

ATTORNEYS AT LAW

3 Embarcadero Center
20th Floor
San Francisco, CA
94111-4004
MAIN 415 693-2000
FAX  415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Denver, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Chicago, IL

Shanghai, P. R. China

Beijing, P. R. China

Hong Kong

Singapore

London, United Kingdom

Brussels, Belgium

**Invoice Number:  2527702**

**347599-201**
**Boisvert v. Carbon IQ et al.**

*For services rendered through May 31, 2022*

| | | |
|---|---|---|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 54,143.00 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 93.46 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **54,236.46** |

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048



Page      2

**347599-201**                                                                Invoice Number:  2527702
**Boisvert v. Carbon IQ et al.**

**For services rendered through May 31, 2022 :**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/28/22 | Alix Mayhugh | Correspondence re: Boisvert v. Carbon IQ, Inc.; review and analyze complaint and other background materials | 1.30 |
| 04/29/22 | Alix Mayhugh | Review and analyze complaint in Boisvert v. Carbon IQ, Inc. and other background materials and assess initial case strategy | 1.60 |
| 04/30/22 | Alix Mayhugh | Review and analyze complaint in Boisvert v. Carbon IQ, Inc. and other background materials and assess initial case strategy | 1.40 |
| 05/01/22 | Matthew Hallinan | Review complaint; email correspondence with M. Tu re same | 0.10 |
| 05/02/22 | Matthew Hallinan | Coordinate call; review documents related to the same | 0.10 |
| 05/02/22 | Alix Mayhugh | Review and analyze complaint and other background materials and formulate initial case strategy | 2.10 |
| 05/03/22 | Alix Mayhugh | Review and analyze complaint and other background materials and formulate initial case strategy | 1.30 |
| 05/04/22 | Matthew Hallinan | Call with B. Cantey and M. Tu re facts surrounding financing; follow up call with M. Tu | 1.30 |
| 05/04/22 | Alix Mayhugh | Research related to initial case strategy, including removal and motion to dismiss | 0.90 |
| 05/04/22 | Michael Tu | Videoconference meeting with B. Cantey and M. Hallinan regarding litigation planning and strategy matters | 1.00 |
| 05/05/22 | Alix Mayhugh | Research related to initial case strategy, including removal and motion to dismiss | 1.60 |
| 05/05/22 | Eileen Leman | Research employment claims; review complaint; draft claims overview | 2.80 |
| 05/06/22 | Alix Mayhugh | Research related to initial case strategy, including removal and motion to dismiss; correspondence re: potential damages analysis | 1.60 |
| 05/06/22 | Eileen Leman | Call with R. Eberly re: employment-related complaint; conduct research on claims; call with A. Mayhugh re: same; draft overview re: same | 2.40 |
| 05/06/22 | Michael Tu | Planning and strategy attention to litigation proceedings, and conference with A. Mayhugh | 0.20 |
| 05/09/22 | Alix Mayhugh | Draft notice of removal and supporting documents and correspondence re; same; assess claims in preparation of response to complaint | 0.70 |



Page    3

**347599-201**                                                    Invoice Number:  2527702
**Boisvert v. Carbon IQ et al.**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/09/22 | Haylee Saathoff | Begin review and analysis of Plaintiff's Complaint to determine potential for early dismissal of employment claims and potential damages available based on facts alleged | 1.60 |
| 05/10/22 | Alix Mayhugh | Draft notice of removal and supporting documents and correspondence re; same; assess claims in preparation of response to complaint | 2.70 |
| 05/10/22 | Michael Tu | Revise notice of removal, declaration of B. Cantey, declaration of A. Mayhugh, and emails with B. Cantey regarding same matters | 1.00 |
| 05/11/22 | Alix Mayhugh | Draft notice of removal and supporting documents and correspondence re; same | 0.20 |
| 05/12/22 | Alix Mayhugh | Edit notice of removal and supporting documents and correspondence re; same | 0.90 |
| 05/12/22 | Michael Tu | Emails with B. Cantey and A. Mayhugh regarding, and attention to, removal to federal court, declaration, corporate disclosure statement, notice of interested parties, and other filings | 0.40 |
| 05/13/22 | Alix Mayhugh | Edit notice of removal and supporting documents and correspondence re; same | 0.50 |
| 05/13/22 | Kimball Fontein | Research and delivery of case document for M. Huston | 0.10 |
| 05/13/22 | Kimball Fontein | Research and delivery of case documents for S. Byrd | 0.10 |
| 05/13/22 | Michael Tu | Attention to review and revision of removal notice and supporting declaration of B. Cantey; conferences with B. Cantey regarding finalization of his supporting declaration for removal | 0.30 |
| 05/15/22 | Alix Mayhugh | Review, edit, and finalize removal filing and supporting documents | 0.90 |
| 05/16/22 | Alix Mayhugh | Finalize and file removal papers and correspondence re: same; draft stipulation to extend time to respond to complaint and correspondence re: same; formulate strategy for responding to complaint | 3.40 |
| 05/16/22 | Michael Tu | Review, revise and finalize all removal documents for filing and service | 0.80 |
| 05/16/22 | Michael Tu | Conferences with A. Mayhugh regarding removal finalization of papers, and conferences with opposing counsel | 0.30 |
| 05/17/22 | Alix Mayhugh | Finalize and file stipulation to extend time to respond to | 0.80 |



Page      4

**347599-201**                                                          Invoice Number:  2527702
**Boisvert v. Carbon IQ et al.**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | complaint and correspondence re: same; formulate strategy for responding to complaint | |
| 05/17/22 | Michael Tu | Finalize and revise Local Rule 8-3 stipulation regarding time to respond to the initial complaint | 0.20 |
| 05/17/22 | Michael Tu | Strategy and planning meeting with A. Mayhugh regarding motion to dismiss, removal, and other preparation matters | 0.40 |
| 05/17/22 | Michael Tu | Emails with plaintiffs' counsel regarding removal notice, and motion to dismiss briefing scheduling issues, and other matters | 0.30 |
| 05/18/22 | Alix Mayhugh | Review initial case orders and notices and research assigned judges; formulate strategy for responding to complaint | 0.40 |
| 05/18/22 | Michael Tu | Prepare summary email to B. Cantey regarding motion to dismiss, motion to remand opposition, preparation of stipulation, and other matters, and conferences with A. Mayhugh | 0.30 |
| 05/19/22 | Alix Mayhugh | Formulate strategy for responding to complaint | 0.20 |
| 05/20/22 | Alix Mayhugh | Draft preservation hold; strategize re: motion to dismiss and opposition to remand and correspondence re: same | 1.00 |
| 05/20/22 | Michael Tu | Attention to preparation of motion to dismiss, motion to remand, and litigation strategy and planning conference with A. Mayhugh regarding same matters | 1.00 |
| 05/20/22 | Michael Tu | Revise draft document preservation memorandum notice, and email to B. Cantey regarding same matters | 0.40 |
| 05/21/22 | Haylee Saathoff | Continue review and analysis of Plaintiff's Complaint to determine potential for early dismissal of employment claims and potential damages available based on facts alleged | 1.70 |
| 05/23/22 | Alix Mayhugh | Correspondence re: potential remand and motion to dismiss | 0.20 |
| 05/23/22 | Haylee Saathoff | Complete review and analysis of Plaintiff's Complaint to determine potential for early dismissal of employment claims and potential damages available based on facts alleged | 1.20 |
| 05/24/22 | Alix Mayhugh | Analyze arguments for motion to dismiss | 0.20 |
| 05/24/22 | Michael Tu | Attention to preparation of motion to dismiss outline of arguments and defenses, and email with A. Mayhugh | 0.30 |



Page     5

**347599-201**                                                    Invoice Number:  2527702
**Boisvert v. Carbon IQ et al.**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| | | regarding same matters | |
| 05/28/22 | Alix Mayhugh | Draft motion to dismiss | 2.40 |
| 05/29/22 | Alix Mayhugh | Draft motion to dismiss | 2.60 |

**Total Fees**                                                                 **$54,143.00**


**Fee Summary:**

| Timekeeper | Rate | Hours | Total |
|-----------|------|-------|-------|
| Matthew Hallinan | 1200 | 1.50 | 1,800.00 |
| Michael Tu | 1445 | 6.90 | 9,970.50 |
| Alix Mayhugh | 1155 | 28.90 | 33,379.50 |
| Eileen Leman | 920 | 5.20 | 4,784.00 |
| Haylee Saathoff | 920 | 4.50 | 4,140.00 |
| Kimball Fontein | 345 | .20 | 69.00 |


**For costs and disbursements recorded through May 31, 2022 :**

| | |
|---|---|
| Document Preparation | 72.24 |
| Filing Fees | 16.70 |
| Filing fee for Notice of Removal | |
| InfoTrack US, Inc. | |
| Postage | 4.52 |

**Total Costs**                                                                 **$93.46**


**Total:**                                                                      **$54,236.46**

CL 01 21048

# Cooley

| | |
|---|---|
| | ATTORNEYS AT LAW |
| | 3 Embarcadero Center |
| July 31, 2022 | 20th Floor |
| | San Francisco, CA |
| | 94111-4004 |
| | MAIN 415 693-2000 |
| | FAX  415 693-2222 |

Ben Cantey
Carbon IQ Inc.
440 Northern Ave
Cincinnati, OH  45229

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA

San Diego, CA

Los Angeles, CA

Denver, CO

Seattle, WA

New York, NY

Reston, VA

Washington, DC

Boston, MA

Chicago, IL

Shanghai, P. R. China

Beijing, P. R. China

Hong Kong

Singapore

London, United Kingdom

Brussels, Belgium

**347599-201**                                                    **Invoice Number:  2527702**
**Boisvert v. Carbon IQ et al.**

## R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

| For services rendered-Invoice No. 2527702: | | |
|---|---|---|
| Fees | $ | 54,143.00 |
| Chargeable costs and disbursements | $ | 93.46 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$** | **54,236.46** |

Outstanding Balance from prior Invoices as of 7/31/2022 *(May not reflect recent payments)*

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---|---|---|
| 2500376 | 5/31/2022 | 1,011.50 | 0.00 | 1,011.50 |
| 2526351 | 7/31/2022 | 73,282.35 | 0.00 | 73,282.35 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . .      $        **74,293.85**

CL 01 21048



Page     2

**347599-201**                                                              **Invoice Number:  2527702**
**Boisvert v. Carbon IQ et al.**

**Total Amount Due on Current and Prior Invoices (USD). . . . . . . . . . . . . . . . . . . .**          **$          128,530.31**

**Cooley LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048