

Ben Cantey <ben@rumby.co>

## Cooley Invoices - Carbon IQ Inc. - 347599
1 message

**Alpay, Ralph Ryan Monzor** <ralpay@cooley.com>  Fri, Aug 26, 2022 at 7:14 PM
To: "accounting@rumby.co" <accounting@rumby.co>

Attached, please find the Invoices for services rendered through July 31, 2022.

We kindly request all of our clients to make payments electronically via either ACH or wire transfer.  Our banking information and wire instructions are located on the remittance page of your invoice.  Please reach out to us if you have any questions. Thank you for your support in our efforts to foster a cleaner and healthier environment.

Regards,

Ralph Alpay

Client Account Administrative Assistant

Cooley LLP

3 Embarcadero Center, 20th Floor

San Francisco, CA

ralpay@cooley.com

www.cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**3 attachments**


Invoice_2535366.PDF
100K

Invoice_2535368.PDF
99K


PLAINTIFF'S EXHIBIT 12

**Invoice_2535367.PDF**
98K



|  |  |  |
|---|---|---|
|  | ATTORNEYS AT LAW | Palo Alto, CA |
|  |  | San Diego, CA |
|  | 3 Embarcadero Center | Los Angeles, CA |
|  | 20th Floor | Santa Monica, CA |
|  | San Francisco, CA 94111-4004 | Denver, CO |
| August 24, 2022 | MAIN 415 693-2000 | Seattle, WA |
|  | FAX  415 693-2222 | New York, NY |
|  |  | Reston, VA |
| Ben Cantey | | Washington, DC |
| Carbon IQ Inc. | www.cooley.com | Boston, MA |
| 440 Northern Ave | Taxpayer ID Number | Chicago, IL |
| Cincinnati, OH  45229 | 94-1140085 | Shanghai, P. R. China |
|  |  | Beijing, P. R. China |
|  |  | Hong Kong |
|  |  | Singapore |
|  |  | London, United Kingdom |
|  |  | Brussels, Belgium |

**Invoice Number:  2535366**

347599-100

**General Corporate**

*For services rendered through July 31, 2022*

| | | |
|---|---|---|
| Gross Fees | $ | 13,535.50 |
| Less 10% Discount | $ | (1,353.55) |
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 12,181.95 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **12,181.95** |

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048



Page    2

**347599-100**    **Invoice Number:  2535366**
**General Corporate**

**For services rendered through July 31, 2022 :**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/08/22 | Gia Canedo | Review Certificate for Revival of Charter; multiple emails with H. Wang re same | 0.30 |
| 07/11/22 | Gia Canedo | Multiple emails with filing agent, client and H. Wang re current filing turnaround times in Delaware; review and revise Certificate of Amendment; submit same for filing with Delaware Secretary of State; multiple emails with filing agent and H. Wang re same | 1.50 |
| 07/13/22 | Gia Canedo | Multiple emails with M. Hallinan and H. Wang re Certificate of Validation | 0.50 |
| 07/19/22 | Han Wang | Review DGCL 204 and prepare ratification documents | 1.20 |
| 07/20/22 | Matthew Hallinan | Attend to cleanup; coordinate incorporation matters; discuss with working group; call with Ben re financing preparation | 0.80 |
| 07/20/22 | Han Wang | Coordinate series seed closing; follow up with prior counsel for consents; prepare DGCL 204 ratification documents | 1.80 |
| 07/21/22 | Gia Canedo | Review due diligence request list and documents in Cooley Access data room; search client files for additional due diligence documents; multiple emails with H. Wang re same; review and revise Certificate of Validation; multiple emails with H. Wang re same; multiple emails with filing agent re same | 1.50 |
| 07/21/22 | Han Wang | Chase down missing signatures to series seed closing; prepare DGCL 204 ratification matters | 0.60 |
| 07/22/22 | Han Wang | Prepare board consent, stockholder consent, stockholder notice for DGCL 204 ratification; coordinate with paralegal to prepare certificate of validation | 1.30 |
| 07/24/22 | Matthew Hallinan | Attend to J. Gould board seat questions; discuss with working group | 0.10 |
| 07/26/22 | Matthew Hallinan | Attend to questions re cleanup documents; discuss with H. Wang; revise board consent; send comments to H. Wang | 0.80 |
| 07/26/22 | Gia Canedo | Review pro forma; review and revise Certificate of Validation; multiple emails with H. Wang re same; multiple emails with M. Hallinan and H. Wang re DGCL 204 documents | 1.30 |
| 07/26/22 | Han Wang | Prepare DGCL 204 ratification documents | 0.60 |



Page    3

**347599-100**  **Invoice Number: 2535366**
**General Corporate**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/27/22 | Matthew Hallinan | Review ratification consents and certificate of validation; provide comments to H. Wang; discuss the same with working group | 0.70 |
| 07/27/22 | Han Wang | Coordinate closing; address issues that the prior charter was not filed; communicate to B. Cantey options for cleanups; coordinate with paralegal to determine filing details | 1.50 |
| 07/28/22 | Matthew Hallinan | Review clean up documentation; attend to questions re advisor grant; discuss the same with working group | 0.60 |
| 07/28/22 | Han Wang | Review board consents and advisor agreement with LC-CV; revise board consent; revise stockholder consent; communicate with Mucker; address questions and coordinate closing | 2.10 |

**Total Fees**  $13,535.50

Less 10% Discount  (1,353.55)

**Subtotal Fees**  $12,181.95

**Fee Summary:**

| Timekeeper | Rate | Hours | Total |
|---|---|---|---|
| Matthew Hallinan | 1200 | 3.00 | 3,600.00 |
| Han Wang | 820 | 9.10 | 7,462.00 |
| Gia Canedo | 485 | 5.10 | 2,473.50 |

**Total:**  $12,181.95

CL 01 21048

# Cooley

|  |  |  |
|---|---|---|
| | ATTORNEYS AT LAW | Palo Alto, CA |
| | | San Diego, CA |
| | 3 Embarcadero Center | Los Angeles, CA |
| | 20th Floor | |
| | San Francisco, CA | Santa Monica, CA |
| August 24, 2022 | 94111-4004 | Denver, CO |
| | MAIN 415 693-2000 | |
| | FAX  415 693-2222 | Seattle, WA |
| | | New York, NY |
| Ben Cantey | | Reston, VA |
| Carbon IQ Inc. | www.cooley.com | Washington, DC |
| 440 Northern Ave | | |
| Cincinnati, OH  45229 | Taxpayer ID Number | Boston, MA |
| | 94-1140085 | Chicago, IL |
| | | Shanghai, P. R. China |
| | | Beijing, P. R. China |
| | | Hong Kong |
| | | Singapore |
| | | London, United Kingdom |
| | | Brussels, Belgium |

| 347599-100 | Invoice Number:  2535366 |
|---|---|
| **General Corporate** | |

## R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

| **For services rendered-Invoice No. 2535366:** | | |
|---|---|---:|
| Fees | $ | 12,181.95 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **12,181.95** |

Outstanding Balance from prior Invoices as of 8/24/2022  **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---:|---:|---:|
| 2500374 | 5/31/2022 | 864.00 | 0.00 | 864.00 |
| 2514173 | 6/30/2022 | 2,053.00 | 0.00 | 2,053.00 |
| 2526349 | 7/31/2022 | 5,420.25 | 0.00 | 5,420.25 |
| **Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . . | | $ | | **8,337.25** |

CL 01 21048



Page     2

**347599-100**  **Invoice Number: 2535366**
**General Corporate**

**Total Amount Due on Current and Prior Invoices (USD). . . . . . . . . . . . . . . . . . . .**     $       20,519.20

**Cooley LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048



|  |  |  |
|---|---|---|
|  | ATTORNEYS AT LAW | Palo Alto, CA |
|  |  | San Diego, CA |
|  | 3 Embarcadero Center | Los Angeles, CA |
|  | 20th Floor | |
|  | San Francisco, CA | Santa Monica, CA |
|  | 94111-4004 | |
|  | MAIN 415 693-2000 | Denver, CO |
| August 24, 2022 | FAX  415 693-2222 | Seattle, WA |
|  |  | New York, NY |
|  |  | Reston, VA |
| Ben Cantey |  | |
| Carbon IQ Inc. |  | Washington, DC |
| 440 Northern Ave | www.cooley.com | |
| Cincinnati, OH  45229 |  | Boston, MA |
|  | Taxpayer ID Number | |
|  | 94-1140085 | Chicago, IL |
|  |  | Shanghai, P. R. China |
|  |  | Beijing, P. R. China |
|  |  | Hong Kong |
|  |  | Singapore |
|  |  | London, United Kingdom |
|  |  | Brussels, Belgium |

**Invoice Number:  2535367**

347599-101

**2022 SAFE Financing**


*For services rendered through July 31, 2022*

| | | |
|---|---|---|
| Gross Fees | $ | 3,526.00 |
| Less 10% Discount | $ | (352.60) |
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 3,173.40 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 3,173.40 |

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048



Page    2

**347599-101**  Invoice Number:  2535367
**2022 SAFE Financing**

**For services rendered through July 31, 2022 :**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/07/22 | Han Wang | Coordinate closing; address questions from B. Cantey; coordinate filing of charter amendment | 0.20 |
| 07/08/22 | Han Wang | Coordinate closing; circulate signatures packets; review revival document | 0.30 |
| 07/11/22 | Han Wang | Coordinate closing; finalize amendment and consents; address investor questions; coordinate filing of charter amendment | 0.30 |
| 07/12/22 | Han Wang | Coordinate series seed closing; address issues resulting from prior counsel's failures; prepare cleanup documents | 1.40 |
| 07/15/22 | Han Wang | Coordinate series seed closing; communicate to B. Cantey steps for cleanups; coordinate with paralegal to determine filing details | 0.90 |
| 07/25/22 | Han Wang | Coordinate closing; prepare board consent, stockholder consent and stockholder notice for DGCL 204 ratification | 1.20 |

**Total Fees**                                                                                 $3,526.00

Less 10% Discount                                                                              (352.60)

**Subtotal Fees**                                                                              $3,173.40

**Fee Summary:**

| Timekeeper | Rate | Hours | Total |
|---|---|---|---|
| Han Wang | 820 | 4.30 | 3,526.00 |

**Total:**                                                                                     $3,173.40

CL 01 21048



|  |  |  |
|---|---|---|
|  | ATTORNEYS AT LAW | Palo Alto, CA |
|  |  | San Diego, CA |
|  | 3 Embarcadero Center | Los Angeles, CA |
|  | 20th Floor | |
|  | San Francisco, CA | Santa Monica, CA |
|  | 94111-4004 | |
| August 24, 2022 | MAIN 415 693-2000 | Denver, CO |
|  | FAX   415 693-2222 | Seattle, WA |
|  |  | New York, NY |
| Ben Cantey |  | Reston, VA |
| Carbon IQ Inc. |  | |
| 440 Northern Ave | www.cooley.com | Washington, DC |
| Cincinnati, OH  45229 |  | Boston, MA |
|  | Taxpayer ID Number | |
|  | 94-1140085 | Chicago, IL |
|  |  | Shanghai, P. R. China |
|  |  | Beijing, P. R. China |
|  |  | Hong Kong |
|  |  | Singapore |
|  |  | London, United Kingdom |
|  |  | Brussels, Belgium |

**347599-101**                                                                                    **Invoice Number:  2535367**
**2022 SAFE Financing**

# R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

| **For services rendered-Invoice No. 2535367:** | | |
|---|---|---|
| Fees | $ | 3,173.40 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **3,173.40** |

Outstanding Balance from prior Invoices as of 8/24/2022  ***(May not reflect recent payments)***

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---:|---:|---:|
| 2500375 | 5/31/2022 | 3,589.20 | 0.00 | 3,589.20 |
| 2514174 | 6/30/2022 | 6,480.00 | 0.00 | 6,480.00 |
| 2526350 | 7/31/2022 | 11,881.80 | 0.00 | 11,881.80 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . .    $        **21,951.00**

CL 01 21048



Page    2

**347599-101**  
**2022 SAFE Financing**

Invoice Number:  2535367

**Total Amount Due on Current and Prior Invoices (USD)................**        $        25,124.40

**Cooley LLP**  
3 Embarcadero Center, 20th Floor  
San Francisco, CA 94111-4004

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**  
Wells Fargo Bank - San Francisco, CA 94104  
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S  
**When making electronic payments please provide invoice number(s)  
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may accrue late charges.

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.  
If you receive updated wire transfer instructions that do not agree to the information on this invoice,  
please contact a member of Accounting-Accounts Receivable.  
Cooley's public website includes firm office phone numbers.

CL 01 21048



| | |
|---|---|
| | ATTORNEYS AT LAW |
| August 24, 2022 | 3 Embarcadero Center<br>20th Floor<br>San Francisco, CA<br>94111-4004<br>MAIN 415 693-2000<br>FAX  415 693-2222 |

Palo Alto, CA
San Diego, CA
Los Angeles, CA
Santa Monica, CA
Denver, CO
Seattle, WA
New York, NY
Reston, VA

Ben Cantey
Carbon IQ Inc.
440 Northern Ave
Cincinnati, OH  45229

www.cooley.com

Taxpayer ID Number
94-1140085

Washington, DC
Boston, MA
Chicago, IL
Shanghai, P. R. China
Beijing, P. R. China
Hong Kong
Singapore
London, United Kingdom
Brussels, Belgium

**Invoice Number:  2535368**

**347599-201**

**Boisvert v. Carbon IQ et al.**

*For services rendered through July 31, 2022*

| | | |
|---|---|---:|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 14,491.00 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 5.00 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **14,496.00** |

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048



Page     2

347599-201                                                                                     Invoice Number:  2535368
**Boisvert v. Carbon IQ et al.**

**For services rendered through July 31, 2022 :**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/05/22 | Alix Mayhugh | Correspondence re: opposition to remand and supporting declarations | 0.30 |
| 07/06/22 | Alix Mayhugh | Review, edit, and cite check opposition to motion to remand and supporting declarations and exhibits | 4.30 |
| 07/07/22 | Alix Mayhugh | Review, edit, and cite check opposition to motion to remand and supporting declarations and exhibits | 2.70 |
| 07/07/22 | Michael Tu | Review and revise opposition to remand motion, supporting declarations, conferences with A. Mayhugh regarding same matters | 0.50 |
| 07/08/22 | Alix Mayhugh | Finalize and coordinate filing of opposition to motion to remand and supporting declarations and exhibits | 1.20 |
| 07/08/22 | Michael Tu | Finalization of opposition to motion to remand for filing and service; revise proposed order on related motion | 0.30 |
| 07/22/22 | Alix Mayhugh | Review plaintiffs' reply in support of motion to remand and correspondence re: same | 0.40 |
| 07/22/22 | Michael Tu | Review and analyze reply brief and supporting documents filed regarding motion to remand | 0.40 |
| 07/29/22 | Alix Mayhugh | Prepare for upcoming hearing on motion to remand; review first amended complaint and correspondence re: same | 1.40 |
| 07/29/22 | Douglas C. Lyles | Retrieve copies of court materials for A. Mayhugh | 0.40 |
| 07/29/22 | Michael Tu | Review and analyze amended complaint filed by plaintiff J. Boisvert, and prepare summary email to B. Cantey regarding same matters; conferences with A. Mayhugh regarding same matters | 0.50 |

**Total Fees**                                                                                                   $14,491.00

**Fee Summary:**

| Timekeeper | Rate | Hours | Total |
|---|---|---|---|
| Michael Tu | 1445 | 1.70 | 2,456.50 |
| Alix Mayhugh | 1155 | 10.30 | 11,896.50 |
| Douglas C. Lyles | 345 | .40 | 138.00 |

CL 01 21048



Page 3

**347599-201**  
**Boisvert v. Carbon IQ et al.**

Invoice Number: 2535368

**For costs and disbursements recorded through July 31, 2022 :**

| | |
|---|---:|
| Subscription needed to pull exhibits for remand opposition for Rumby case. on 07/06/2022<br>Alexandra R. Mayhugh | 5.00 |
| **Total Costs** | **$5.00** |
| | |
| **Total:** | **$14,496.00** |

CL 01 21048



August 24, 2022

Ben Cantey
Carbon IQ Inc.
440 Northern Ave
Cincinnati, OH  45229

ATTORNEYS AT LAW

3 Embarcadero Center
20th Floor
San Francisco, CA
94111-4004
MAIN 415 693-2000
FAX   415 693-2222

www.cooley.com

Taxpayer ID Number
94-1140085

Palo Alto, CA
San Diego, CA
Los Angeles, CA
Santa Monica, CA
Denver, CO
Seattle, WA
New York, NY
Reston, VA
Washington, DC
Boston, MA
Chicago, IL
Shanghai, P. R. China
Beijing, P. R. China
Hong Kong
Singapore
London, United Kingdom
Brussels, Belgium

**347599-201**
**Boisvert v. Carbon IQ et al.**

**Invoice Number:  2535368**

# REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

| For services rendered-Invoice No. 2535368: | | |
|---|---|---|
| Fees | $ | 14,491.00 |
| Chargeable costs and disbursements | $ | 5.00 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$** | **14,496.00** |

Outstanding Balance from prior Invoices as of 8/24/2022  *(May not reflect recent payments)*

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---|---|---|
| 2500376 | 5/31/2022 | 1,011.50 | 0.00 | 1,011.50 |
| 2526351 | 7/31/2022 | 73,282.35 | 0.00 | 73,282.35 |
| 2527702 | 7/31/2022 | 54,236.46 | 0.00 | 54,236.46 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . .     $     128,530.31

CL 01 21048



Page      2

**347599-201**  
**Boisvert v. Carbon IQ et al.**

Invoice Number:  2535368

**Total Amount Due on Current and Prior Invoices (USD). . . . . . . . . . . . . . . . . . . .**      $      143,026.31

**Cooley LLP**  
3 Embarcadero Center, 20th Floor  
San Francisco, CA 94111-4004  

Tax ID# 94-1140085  

**Payment may be made by wire transfer or ACH:**  
Wells Fargo Bank - San Francisco, CA 94104  
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S  
**When making electronic payments please provide invoice number(s)**  
**and send remittance advice to AR@cooley.com**  

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may accrue late charges.

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.  
If you receive updated wire transfer instructions that do not agree to the information on this invoice, please contact a member of Accounting-Accounts Receivable.  
Cooley's public website includes firm office phone numbers.

CL 01 21048