Ben Cantey <ben@rumby.co>

## Cooley Invoices: Carbon IQ Inc. - 347599

1 message

**Lin, Lisa Law** <llin@cooley.com>  Tue, Oct 4, 2022 at 8:12 PM
To: "accounting@rumby.co" <accounting@rumby.co>

Hello, Attached, please find the invoices for services rendered through August 31, 2022.

We kindly request all of our clients to make payments electronically via either ACH or wire transfer. Our banking information and wire instructions are located on the remittance page of your invoice. Please reach out to us if you have any questions. Thank you for your support in our efforts to foster a cleaner and healthier environment.

Best Regards,

# Lisa Lin

Client Maintenance Specialist

Cooley LLP • 3 Embarcadero Center • 20th Floor
San Francisco, CA  94111-4004

Main: 415-693-2000

Email : llin@cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**3 attachments**

 **Invoice_2557573.PDF**
99K

 **Invoice_2557574.PDF**
99K

 **Invoice_2557575.PDF**
104K





|  |  |  |
|---|---|---|
|  | ATTORNEYS AT LAW | Palo Alto, CA |
|  |  | San Diego, CA |
|  | 3 Embarcadero Center | Los Angeles, CA |
|  | 20th Floor | |
|  | San Francisco, CA | Santa Monica, CA |
| September 30, 2022 | 94111-4004 | Denver, CO |
|  | MAIN 415 693-2000 | |
|  | FAX  415 693-2222 | Seattle, WA |
|  |  | New York, NY |
|  |  | Reston, VA |
| Ben Cantey |  | |
| Carbon IQ Inc. |  | Washington, DC |
| 440 Northern Ave | www.cooley.com | Boston, MA |
| Cincinnati, OH  45229 | | |
|  | Taxpayer ID Number | Chicago, IL |
|  | 94-1140085 | Shanghai, P. R. China |
|  |  | Beijing, P. R. China |
|  |  | Hong Kong |
|  |  | Singapore |
|  |  | London, United Kingdom |
|  |  | Brussels, Belgium |

**Invoice Number:  2557573**

347599-100

**General Corporate**

*For services rendered through August 31, 2022*

| | | |
|---|---|---|
| Gross Fees | $ | 8,807.50 |
| Less 10% Discount | $ | (880.75) |
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 7,926.75 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **7,926.75** |

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048



Page    2

**347599-100**  
**General Corporate**

**Invoice Number:  2557573**

**For services rendered through August 31, 2022 :**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/22 | Gia Canedo | Review Board Consent and Stockholder Consent; finalize Certificate of Validation; multiple emails with H. Wang re same; send same to client for signature via DocuSign; file Certificate of Validation with Delaware Secretary of State; multiple emails with filing agent re same | 2.50 |
| 08/03/22 | Matthew Hallinan | Review Series B engagement letter; discuss with R. Weil | 0.80 |
| 08/03/22 | Gia Canedo | Multiple emails with H. Wang and service company re filing of Certificate of Validation and Certificate of Amendment with Delaware Secretary of State | 0.50 |
| 08/04/22 | Gia Canedo | Multiple emails with H. Wang re timing of charter amendment filing; calls with multiple filing agents re same; emails with H. Nguyen re compilation of Board Consent | 1.50 |
| 08/09/22 | Gia Canedo | Multiple emails with M. Hallinan and H. Wang re Certificate of Validation and Certificate of Amendment filings; call and multiple emails with filing agent re same | 1.00 |
| 08/10/22 | Matthew Hallinan | Attend to questions re cleanup; discuss with H. Wang and G. Canedo | 0.70 |
| 08/10/22 | Gia Canedo | Cancel Certificate of Validation filing with Delaware Secretary of State; call and emails with filing agent re same; multiple emails with M. Hallinan and H. Wang re same | 1.00 |
| 08/11/22 | Matthew Hallinan | Provide step plan for cleanup to H. Wang | 1.10 |
| 08/16/22 | Matthew Hallinan | Email correspondence with B. Cantey re cleanup ratification | 0.70 |
| 08/16/22 | Gia Canedo | DO NOT BILL Multiple emails with client, M. Hallinan and H. Wang re clean up matters and new charter filing in Delaware; call and multiple emails with filing agent re pulling Certificate of Validation filing in Delaware | 0.50 |
| 08/24/22 | Gia Canedo | Multiple emails with M. Hallinan, H. Wang and H. Nguyen re execution of Board Consent, Stockholder Consent, Amendment to Stock Investment Agreement, and Restated Certificate of Incorporation; conduct search on Delaware Secretary of State website to confirm current registered agent; prepare Certificate of Change of Registered Agent; multiple emails with H. Wang re same | 1.50 |

CL 01 21048



Page    3

**347599-100**  **Invoice Number: 2557573**
**General Corporate**

| <u>Date</u> | <u>Timekeeper</u> | Description | <u>Hours</u> |
|---|---|---|---|
| 08/29/22 | Matthew Hallinan | Attend to questions from H. Wang re board | 0.20 |
| 08/29/22 | Gia Canedo | Review fully executed Series Seed Preferred Stock Investment Agreement; multiple emails with H. Wang re same; add same to data room; delete draft of same in data room; multiple emails with H. Wang re Certificate of Change of Registered Agent | 1.00 |

| **Total Fees** | | | **$8,807.50** |
|---|---|---|---|
| Less 10% Discount | | | (880.75) |
| **Subtotal Fees** | | | **$7,926.75** |

**Fee Summary:**

| <u>Timekeeper</u> | <u>Rate</u> | <u>Hours</u> | <u>Total</u> |
|---|---|---|---|
| Matthew Hallinan | 1200 | 3.50 | 4,200.00 |
| Gia Canedo | 485 | 9.50 | 4,607.50 |

| **Total:** | | | **$7,926.75** |
|---|---|---|---|



| | | |
|---|---|---|
| | ATTORNEYS AT LAW | Palo Alto, CA |
| | | San Diego, CA |
| | 3 Embarcadero Center | Los Angeles, CA |
| | 20th Floor | |
| | San Francisco, CA | Santa Monica, CA |
| | 94111-4004 | Denver, CO |
| September 30, 2022 | MAIN 415 693-2000 | |
| | FAX  415 693-2222 | Seattle, WA |
| | | New York, NY |
| | | Reston, VA |
| Ben Cantey | | |
| Carbon IQ Inc. | www.cooley.com | Washington, DC |
| 440 Northern Ave | | Boston, MA |
| Cincinnati, OH  45229 | Taxpayer ID Number | |
| | 94-1140085 | Chicago, IL |
| | | Shanghai, P. R. China |
| | | Beijing, P. R. China |
| | | Hong Kong |
| | | Singapore |
| | | London, United Kingdom |
| | | Brussels, Belgium |

**347599-100**                                                                                          **Invoice Number:  2557573**
**General Corporate**

# R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

| For services rendered-Invoice No. 2557573: | | |
|---|---|---|
| Fees | $ | 7,926.75 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **$** | **7,926.75** |

Outstanding Balance from prior Invoices as of 9/30/2022  **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---|---|---|
| 2535366 | 8/24/2022 | 12,181.95 | 0.00 | 12,181.95 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . .   $        **12,181.95**

**Total Amount Due on Current and Prior Invoices (USD)**. . . . . . . . . . . . . . . . . . . .   $        **20,108.70**

CL 01 21048



Page        2

**347599-100**                                                                                          **Invoice Number:  2557573**
**General Corporate**

**Cooley LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048



| | | |
|---|---|---|
| | ATTORNEYS AT LAW | Palo Alto, CA |
| | | San Diego, CA |
| | 3 Embarcadero Center | Los Angeles, CA |
| | 20th Floor | |
| | San Francisco, CA | Santa Monica, CA |
| September 30, 2022 | 94111-4004 | Denver, CO |
| | MAIN 415 693-2000 | |
| | FAX 415 693-2222 | Seattle, WA |
| | | New York, NY |
| Ben Cantey | | Reston, VA |
| Carbon IQ Inc. | | |
| 440 Northern Ave | www.cooley.com | Washington, DC |
| Cincinnati, OH  45229 | | Boston, MA |
| | Taxpayer ID Number | |
| | 94-1140085 | Chicago, IL |
| | | Shanghai, P. R. China |
| | | Beijing, P. R. China |
| | | Hong Kong |
| | | Singapore |
| | | London, United Kingdom |
| | | Brussels, Belgium |

**Invoice Number:  2557574**

347599-101

**2022 SAFE Financing**

*For services rendered through August 31, 2022*

| | | |
|---|---|---|
| Gross Fees | $ | 10,018.00 |
| Less 10% Discount | $ | (1,001.80) |
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 9,016.20 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **9,016.20** |

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048



Page    2

**347599-101**  Invoice Number:  2557574
**2022 SAFE Financing**

**For services rendered through August 31, 2022 :**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/22 | Han Wang | Coordinate corporate cleanup | 0.10 |
| 08/03/22 | Han Wang | Coordinate closing and diligence, prepare DGCL 204 documents | 1.40 |
| 08/04/22 | Han Wang | Coordinate diligence; revise series seed documents | 0.50 |
| 08/09/22 | Han Wang | Coordinate DGCL 204 cleanup | 0.40 |
| 08/11/22 | Han Wang | Attend call with M. Hallinan re: next steps; draft amended and restated certificate of incorporation | 0.50 |
| 08/12/22 | Han Wang | Draft AR charter, board consent and stockholder consent; revise pro forma | 1.30 |
| 08/15/22 | Han Wang | Draft AR Charter; draft board consent; draft stockholder consent | 1.30 |
| 08/17/22 | Han Wang | Draft AR Charter; draft board consent; draft stockholder consent; draft SIA amendment | 2.50 |
| 08/18/22 | Matthew Hallinan | Attend to questions from H. Wang re seed financing; review revised financing documents; send thoughts re same | 0.70 |
| 08/18/22 | Han Wang | Finalize AR Charter, board consent, and stockholder consent; coordinate execution | 1.30 |
| 08/25/22 | Matthew Hallinan | Attend to questions from B. Cantey re process | 0.20 |
| 08/30/22 | Han Wang | Respond to investors regarding documentation questions | 0.60 |
| 08/31/22 | Han Wang | Coordinate execution of consents; address investor questions; follow up with B. Cantey on outstanding items and coordinate diligence | 1.00 |

| | |
|---|---|
| **Total Fees** | **$10,018.00** |
| Less 10% Discount | (1,001.80) |
| **Subtotal Fees** | **$9,016.20** |

CL 01 21048



Page    3

**347599-101**  **Invoice Number: 2557574**
**2022 SAFE Financing**

**Fee Summary:**

| Timekeeper | Rate | Hours | Total |
|---|---|---|---|
| Matthew Hallinan | 1200 | .90 | 1,080.00 |
| Han Wang | 820 | 10.90 | 8,938.00 |

**Total:** **$9,016.20**



|  |  |  |
|---|---|---|
|  | ATTORNEYS AT LAW | Palo Alto, CA |
|  |  | San Diego, CA |
|  | 3 Embarcadero Center | Los Angeles, CA |
|  | 20th Floor | |
|  | San Francisco, CA | Santa Monica, CA |
|  | 94111-4004 | Denver, CO |
| September 30, 2022 | MAIN 415 693-2000 | |
|  | FAX  415 693-2222 | Seattle, WA |
|  |  | New York, NY |
|  |  | Reston, VA |
| Ben Cantey |  | |
| Carbon IQ Inc. |  | Washington, DC |
| 440 Northern Ave | www.cooley.com | Boston, MA |
| Cincinnati, OH  45229 | Taxpayer ID Number | |
|  | 94-1140085 | Chicago, IL |
|  |  | Shanghai, P. R. China |
|  |  | Beijing, P. R. China |
|  |  | Hong Kong |
|  |  | Singapore |
|  |  | London, United Kingdom |
|  |  | Brussels, Belgium |

**347599-101**                                                                                                **Invoice Number:  2557574**
**2022 SAFE Financing**

# REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

| **For services rendered-Invoice No. 2557574:** | | |
|---|---:|---:|
| Fees | $ | 9,016.20 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **9,016.20** |

Outstanding Balance from prior Invoices as of 9/30/2022  *(May not reflect recent payments)*

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---:|---:|---:|
| 2535367 | 8/24/2022 | 3,173.40 | 0.00 | 3,173.40 |

| **Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . . | $ | **3,173.40** |
|---|---:|---:|

| **Total Amount Due on Current and Prior Invoices (USD)**. . . . . . . . . . . . . . . . . . . . | $ | **12,189.60** |
|---|---:|---:|

CL 01 21048



Page    2

**347599-101**  
**2022 SAFE Financing**

Invoice Number:  2557574

**Cooley LLP**  
3 Embarcadero Center, 20th Floor  
San Francisco, CA 94111-4004

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**  
Wells Fargo Bank - San Francisco, CA 94104  
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S  
**When making electronic payments please provide invoice number(s)**  
**and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may accrue late charges.

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.  
If you receive updated wire transfer instructions that do not agree to the information on this invoice, please contact a member of Accounting-Accounts Receivable.  
Cooley's public website includes firm office phone numbers.

CL 01 21048



|  |  |  |
|---|---|---|
| | ATTORNEYS AT LAW | Palo Alto, CA |
| | | San Diego, CA |
| | 3 Embarcadero Center | Los Angeles, CA |
| | 20th Floor | |
| | San Francisco, CA | Santa Monica, CA |
| September 30, 2022 | 94111-4004 | Denver, CO |
| | MAIN 415 693-2000 | |
| | FAX  415 693-2222 | Seattle, WA |
| | | New York, NY |
| Ben Cantey | | Reston, VA |
| Carbon IQ Inc. | | |
| 440 Northern Ave | www.cooley.com | Washington, DC |
| Cincinnati, OH  45229 | | Boston, MA |
| | Taxpayer ID Number | |
| | 94-1140085 | Chicago, IL |
| | | Shanghai, P. R. China |
| | | Beijing, P. R. China |
| | | Hong Kong |
| | | Singapore |
| | | London, United Kingdom |
| | | Brussels, Belgium |

**Invoice Number:  2557575**

347599-201

**Boisvert v. Carbon IQ et al.**

*For services rendered through August 31, 2022*

| | | |
|---|---|---:|
| Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 45,473.50 |
| Chargeable costs and disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 1,065.36 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **46,538.86** |

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048



Page     2

**347599-201**                                                                                  **Invoice Number: 2557575**
**Boisvert v. Carbon IQ et al.**

**For services rendered through August 31, 2022 :**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/22 | Alix Mayhugh | Review and analyze order on motion for remand and correspondence re: same | 0.70 |
| 08/01/22 | Michael Tu | Prepare summary email to B. Cantey regarding jurisdiction discovery order and other related strategy and planning issues | 0.30 |
| 08/01/22 | Michael Tu | Review the court's order continuing motion to remand hearing, and setting jurisdictional discovery; conference with A. Mayhugh regarding same matters and planning for next steps | 0.70 |
| 08/02/22 | Alix Mayhugh | Strategize re: jurisdictional discovery and case schedule | 0.30 |
| 08/03/22 | Matthew Hallinan | Correspondence with M. Tu; discuss with A. Mayhugh | 0.30 |
| 08/03/22 | Alix Mayhugh | Strategize re: jurisdictional discovery and case schedule | 0.20 |
| 08/03/22 | Michael Tu | Videoconference meeting with B. Cantey regarding litigation update and document collection issues | 0.50 |
| 08/04/22 | Alix Mayhugh | Draft joint stipulation and supporting documents and correspondence re: same | 0.80 |
| 08/04/22 | Michael Tu | Revise draft stipulation and proposed order regarding obligations to respond to motion to remand, and conferences with A. Mayhugh regarding same matters | 0.30 |
| 08/05/22 | Alix Mayhugh | Finalize joint stipulation and supporting documents and correspondence re: same | 0.30 |
| 08/05/22 | Michael Tu | Attention to discovery scheduling matters, and conferences with opposing counsel regarding same matters | 0.30 |
| 08/08/22 | Alix Mayhugh | Review plaintiff's jurisdictional discovery requests and correspondence re: same | 0.20 |
| 08/08/22 | Michael Tu | Review and analyze jurisdictional discovery, including interrogatories and requests for production of documents, served by plaintiff | 0.40 |
| 08/09/22 | Alix Mayhugh | Analyze plaintiff's jurisdictional discovery requests, formulate response strategy, and correspondence re: same | 1.90 |
| 08/09/22 | Michael Tu | Conferences with A. Mayhugh regarding jurisdictional discovery planning, litigation strategy, and related issues | 0.50 |



Page    3

**347599-201**  
**Boisvert v. Carbon IQ et al.**

Invoice Number:  2557575

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/10/22 | Alix Mayhugh | Analyze plaintiff's jurisdictional discovery requests, formulate response strategy, and correspondence re: same | 0.70 |
| 08/10/22 | Rider S. Moore | Assist the case team with the evidence collection process | 0.50 |
| 08/10/22 | Michael Tu | Review the court's order granting stay of obligation to respond and answer first amended complaint, and review docket, deadlines for remand motion and jurisdictional discovery | 0.20 |
| 08/10/22 | Michael Tu | Review and revise proposed draft stipulation from plaintiffs' counsel regarding jurisdictional discovery issues, and conferences with A. Mayhugh regarding same matters | 0.30 |
| 08/11/22 | Alix Mayhugh | Correspondence re: case schedule | 0.10 |
| 08/12/22 | Alix Mayhugh | Review Rule 30(b)(6) notice and correspondence re: same | 0.20 |
| 08/15/22 | Alix Mayhugh | Review and edit joint stipulation re: remand motion deadlines; correspondence re: state court activity; strategize re: responses to jurisdictional discovery | 3.10 |
| 08/15/22 | Michael Tu | Conferences with plaintiffs' counsel regarding discovery issues | 0.20 |
| 08/15/22 | Michael Tu | Strategy conference meeting with A. Mayhugh regarding jurisdictional discovery tasks and Rule 26 planning issues | 0.60 |
| 08/15/22 | Michael Tu | Revise draft stipulation and proposed order regarding jurisdictional discovery and remand hearing scheduling issues, and conferences with A. Mayhugh regarding preparation issues and related matters, emails with B. Cantey regarding same matters | 0.50 |
| 08/17/22 | Alix Mayhugh | Strategize re: responses to jurisdictional discovery and document collection, including call with B. Cantey | 1.40 |
| 08/17/22 | Rider S. Moore | Assist the case team with the evidence collection process | 0.40 |
| 08/18/22 | Alix Mayhugh | Strategize re: responses to jurisdictional discovery and document collection | 0.70 |
| 08/18/22 | Rider S. Moore | Review email and chat collection options with the case team and vendor | 0.80 |
| 08/18/22 | Michael Tu | Revise and prepare draft litigation summary for investors requested by B. Cantey, and conferences | 0.40 |

CL 01 21048



Page    4

**347599-201**  **Invoice Number:  2557575**
**Boisvert v. Carbon IQ et al.**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | with A. Mayhugh and M. Hallinan regarding same matters | |
| 08/18/22 | Michael Tu | Attention to jurisdictional discovery issues, and emails with B. Cantey and A. Mayhugh regarding same matters | 0.30 |
| 08/19/22 | Matthew Hallinan | Review and revise case summary; send thoughts to M. Tu | 0.60 |
| 08/19/22 | Alix Mayhugh | Strategize re: responses to jurisdictional discovery and document collection, including call with e-discovery vendor, Transperfect; draft one-pager for potential investors and correspondence re: same | 2.00 |
| 08/20/22 | Matthew Hallinan | Review separation agreements; email correspondence with M. Tu and A. Mayhugh re same | 1.20 |
| 08/20/22 | Alix Mayhugh | Correspondence re: factual allegations and strategy for motion to dismiss | 0.30 |
| 08/20/22 | Michael Tu | Attention to preparation of various settlement approaches and considerations, and emails with M. Hallinan regarding same matters | 0.20 |
| 08/22/22 | Alix Mayhugh | Review e-discovery vendor contracts and correspondence re: same; correspondence with B. Cantey re: jurisdictional discovery | 0.50 |
| 08/22/22 | Michael Tu | Attention to e-discovery vendor and document collection issues, and emails with B. Cantey regarding same matters pertaining to jurisdictional discovery matters | 0.20 |
| 08/23/22 | Alix Mayhugh | Correspondence re: investor communications and jurisdictional discovery; compile chart of jurisdictional discovery requests, objections, and proposed responses and prepare for meet and confer call with plaintiff's counsel; call with C2V | 3.60 |
| 08/23/22 | Michael Tu | Videoconference meeting with C2Ventures regarding status and summary of the litigation matter | 0.60 |
| 08/23/22 | Michael Tu | Strategy call with A. Mayhugh regarding jurisdictional discovery outstanding tasks and issues, and related matters | 0.30 |
| 08/24/22 | Matthew Hallinan | Call with M. Tu re strategy; prepare analysis of potential settlement offers | 1.10 |
| 08/24/22 | Alix Mayhugh | Meet and confer call with plaintiff's counsel re: jurisdictional discovery and follow-up correspondence | 2.90 |



| | | | Page 5 |
|---|---|---|---|

**347599-201**  **Invoice Number: 2557575**
**Boisvert v. Carbon IQ et al.**

| <u>Date</u> | <u>Timekeeper</u> | Description | <u>Hours</u> |
|---|---|---|---|
| | | re: same; strategize re: potential settlement offer; coordinate collection of jurisdictional discovery and correspondence re: same | |
| 08/24/22 | Michael Tu | Conferences with M. Hallinan and A. Mayhugh regarding settlement strategy and litigation discovery matters | 0.60 |
| 08/24/22 | Michael Tu | Review, analyze and provide comments regarding jurisdictional discovery spreadsheet and related issues for Rule 30(b)(6) deposition topics, interrogatories and requests for production of documents | 0.50 |
| 08/25/22 | Matthew Hallinan | Call with client re status and settlement | 0.50 |
| 08/25/22 | Alix Mayhugh | Strategize re: potential settlement offer on call with B. Cantey; coordinate collection of jurisdictional discovery and correspondence re: same; review and edit joint stipulation re: upcoming deadlines | 0.90 |
| 08/25/22 | Michael Tu | Videoconference meeting with B. Cantey regarding settlement strategy and planning matters | 0.50 |
| 08/25/22 | Michael Tu | Review J. Boisvert counsel's comments to proposed stipulation on amended complaint, and conferences with A. Mayhugh regarding same matters | 0.30 |
| 08/29/22 | Alix Mayhugh | Coordinate document collection in response to jurisdictional discovery requests; correspondence with investors re: lawsuit | 0.40 |
| 08/30/22 | Alix Mayhugh | Call with O. Sauberman | 0.50 |
| 08/30/22 | Michael Tu | Videoconference meeting with investor O. Sauberman regarding litigation issues | 0.50 |
| 08/31/22 | Alix Mayhugh | Draft jurisdictional discovery responses and correspondence re: same | 1.50 |
| 08/31/22 | Michael Tu | Review the court's order granting stipulation regarding jurisdictional discovery scheduling matters, and conferences with A. Mayhugh regarding same matters | 0.20 |

**Total Fees** **$45,473.50**



Page     6

**347599-201**  **Invoice Number:  2557575**
**Boisvert v. Carbon IQ et al.**

**Fee Summary:**

| Timekeeper | Rate | Hours | Total |
|---|---|---|---|
| Matthew Hallinan | 1200 | 3.70 | 4,440.00 |
| Michael Tu | 1445 | 9.40 | 13,583.00 |
| Alix Mayhugh | 1155 | 23.20 | 26,796.00 |
| Rider S. Moore | 385 | 1.70 | 654.50 |

**For costs and disbursements recorded through August 31, 2022 :**

Research Database / Document Retrieval                                                             1,065.36

**Total Costs**                                                             **$1,065.36**

**Total:**                                                             **$46,538.86**

CL 01 21048



| | |
|---|---|
| | ATTORNEYS AT LAW |
| September 30, 2022 | 3 Embarcadero Center<br>20th Floor<br>San Francisco, CA<br>94111-4004<br>MAIN 415 693-2000<br>FAX   415 693-2222 |
| Ben Cantey<br>Carbon IQ Inc.<br>440 Northern Ave<br>Cincinnati, OH  45229 | www.cooley.com<br><br>Taxpayer ID Number<br>94-1140085 |

Palo Alto, CA
San Diego, CA
Los Angeles, CA
Santa Monica, CA
Denver, CO
Seattle, WA
New York, NY
Reston, VA
Washington, DC
Boston, MA
Chicago, IL
Shanghai, P. R. China
Beijing, P. R. China
Hong Kong
Singapore
London, United Kingdom
Brussels, Belgium

**347599-201**                                                                                              **Invoice Number:  2557575**
**Boisvert v. Carbon IQ et al.**

# R E M I T T A N C E   A D V I C E

**Please include this Remittance Advice with your payment**

| | | |
|---|---|---:|
| **For services rendered-Invoice No. 2557575:** | | |
| Fees | $ | 45,473.50 |
| Chargeable costs and disbursements | $ | 1,065.36 |
| **Total Due on Current Invoice (USD)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 46,538.86 |

Outstanding Balance from prior Invoices as of 9/30/2022 **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Balance | Late Charges | Balance Due |
|---|---|---:|---:|---:|
| 2527702 | 7/31/2022 | 54,236.46 | 0.00 | 54,236.46 |
| 2535368 | 8/24/2022 | 14,496.00 | 0.00 | 14,496.00 |

**Total Outstanding Balance from prior Invoices** *(Disregard if paid)* . . . . . . . . .       $        **68,732.46**

CL 01 21048



Page    2

**347599-201**  Invoice Number:  2557575
**Boisvert v. Carbon IQ et al.**

**Total Amount Due on Current and Prior Invoices (USD).** . . . . . . . . . . . . . . . . . . . . . $    115,271.32

**Cooley LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

Tax ID# 94-1140085

**Payment may be made by wire transfer or ACH:**
Wells Fargo Bank - San Francisco, CA 94104
Account # 4129155206  ABA Routing # 121000248  Swift # WFBIUS6S
**When making electronic payments please provide invoice number(s)
and send remittance advice to AR@cooley.com**

Invoices are due and payable upon receipt. Any unpaid balance after 30 days may
accrue late charges.

To protect against wire fraud attacks, wiring instructions will not be changed during this transaction.
If you receive updated wire transfer instructions that do not agree to the information on this invoice,
please contact a member of Accounting-Accounts Receivable.
Cooley's public website includes firm office phone numbers.

CL 01 21048