Gmail                                                                    Ben Cantey &lt;ben@rumby.co&gt;

## Cooley Account - Carbon IQ (cmid# 347599) - checking in
2 messages

**Kong, David** &lt;dkong@cooley.com&gt;                                          Fri, Oct 7, 2022 at 8:27 PM
To: Ben Cantey &lt;ben@rumby.co&gt;
Cc: "Kong, David" &lt;dkong@cooley.com&gt;, "Hallinan, Matt" &lt;mhallinan@cooley.com&gt;

Good afternoon Mr. Cantey –

I hope all is well with you.  I just wanted to check in with you to see if the July dated invoice has been scheduled for payment.  Any payment information that can be provide would be appreciated.

Client 347599          Carbon IQ Inc.

| Matter No. | Matter Name | Invoice Date | Invoice Nu... ↑2 | Days | Total |
|---|---|---|---|---|---|
| 347599-100 | General Corporate | 8/24/2022 | 2535366 | 44 | 12,181.95 |
| 347599-101 | 2022 SAFE Financing | 8/24/2022 | 2535367 | 44 | 3,173.40 |
| 347599-201 | Boisvert v. Carbon IQ et al. | 7/31/2022 | 2527702 | 68 | 54,236.46 |
| 347599-201 | Boisvert v. Carbon IQ et al. | 8/24/2022 | 2535368 | 44 | 14,496.00 |

Total For Client: 347599       84,087.81

Please let me know if there are any further questions.  Thank you in advance.

Best Regards,

David K.

**David Kong**

Accounting Department

Cooley LLP

3 Embarcadero Center • 20th Floor

San Francisco, CA  94111-4004

Direct: +1 415 693 2271

Email: dkong@cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

**Ben Cantey** &lt;ben@rumby.co&gt;                                               Mon, Oct 10, 2022 at 8:02 AM
To: "Kong, David" &lt;dkong@cooley.com&gt;
Cc: "Kong, David" &lt;dkong@cooley.com&gt;, "Hallinan, Matt" &lt;mhallinan@cooley.com&gt;

Hi David,

We wired $104,582.10 on 8/29/2022. Can you please check your records and confirm receipt? Also please send your most recent invoice and will get that paid. Thanks,

Ben

**PLAINTIFF'S EXHIBIT 14**



**Ben Cantey**
FOUNDER + CEO

✉ ben@rumby.co
📞 512.939.8067
📍 Cincinnati, Ohio



RUMBY IS A PROUD PARTNER OF THE CINCINNATI BENGALS

[Quoted text hidden]