**Gmail**

Ben Cantey <ben@rumby.co>

---

**RE: Cooley Account - Carbon IQ (cmid# 347599) - payment received**
1 message

---

**Kong, David** <dkong@cooley.com>                                    Fri, Oct 14, 2022 at 7:55 PM
To: Ben Cantey <ben@rumby.co>
Cc: "Hallinan, Matt" <mhallinan@cooley.com>

Good afternoon Mr. Cantey –

I hope all is well – I am just confirming that we received your $147K wire.    The account has been paid in full.

Please let me now if you have any further questions.    Hope you have a good weekend

Best Regards,

David K.

**David Kong**

Accounting Department

Cooley LLP

3 Embarcadero Center • 20th Floor

San Francisco, CA  94111-4004

Direct: +1 415 693 2271

Email: dkong@cooley.com

---

**From:** Ben Cantey <ben@rumby.co>
**Sent:** Monday, October 10, 2022 8:20 AM
**To:** Kong, David <dkong@cooley.com>
**Cc:** Hallinan, Matt <mhallinan@cooley.com>
**Subject:** Re: Cooley Account - Carbon IQ (cmid# 347599) - checking in / copies of invoices (7)

Thank you for confirming David, a wire of $147,569.62 has been processed to your account. Please confirm receipt as soon as possible. Thanks,

Ben



**Ben Cantey**
FOUNDER + CEO

✉ ben@rumby.co
📞 512.939.8067
📍 Cincinnati, Ohio

 RUMBY

 **RUMBY IS A PROUD PARTNER OF THE CINCINNATI BENGALS**


PLAINTIFF'S EXHIBIT
15

On Mon, Oct 10, 2022 at 11:15 AM Kong, David <dkong@cooley.com> wrote:

Good morning Mr. Cantey –

   Yes, the $104K was received and applied against May, June and (3of4) July dated invoices.   I have attached all current outstanding invoices; September dated invoices were likely      just sent out.

Please let me know if you have any further questions.

Thank you

David K.

**David Kong**

Accounting Department

Cooley LLP

3 Embarcadero Center • 20th Floor

San Francisco, CA  94111-4004

Direct: +1 415 693 2271

Email: dkong@cooley.com

---

**From:** Ben Cantey <ben@rumby.co>
**Sent:** Monday, October 10, 2022 5:02 AM
**To:** Kong, David <dkong@cooley.com>
**Cc:** Hallinan, Matt <mhallinan@cooley.com>
**Subject:** Re: Cooley Account - Carbon IQ (cmid# 347599) - checking in

Hi David,

We wired $104,582.10 on 8/29/2022. Can you please check your records and confirm receipt? Also please send your most recent invoice and will get that paid. Thanks,

Ben



**Ben Cantey**
FOUNDER + CEO

 ben@rumby.co
 512.939.8067
 Cincinnati, Ohio

RUMBY 

RUMBY IS A PROUD
PARTNER OF THE
CINCINNATI BENGALS

On Fri, Oct 7, 2022 at 8:27 PM Kong, David <dkong@cooley.com> wrote:

Good afternoon Mr. Cantey –

I hope all is well with you.  I just wanted to check in with you to see if the July dated invoice has been scheduled for payment.  Any payment information that can be provide would be appreciated.

**Client** 347599          Carbon IQ Inc.

| Matter No. | Matter Name | Invoice Date | Invoice Nu... ↑² | Days | Total |
|---|---|---|---|---|---|
| 347599-100 | General Corporate | 8/24/2022 | 2535366 | 44 | 12,181.95 |
| 347599-101 | 2022 SAFE Financing | 8/24/2022 | 2535367 | 44 | 3,173.40 |
| 347599-201 | Boisvert v. Carbon IQ et al. | 7/31/2022 | 2527702 | 68 | 54,236.46 |
| 347599-201 | Boisvert v. Carbon IQ et al. | 8/24/2022 | 2535368 | 44 | 14,496.00 |
| | | | **Total For Client:** 347599 | | 84,087.81 |

Please let me know if there are any further questions.    Thank you in advance.


Best Regards,

David K.


**David Kong**

Accounting Department

Cooley LLP

3 Embarcadero Center • 20th Floor

San Francisco, CA  94111-4004

Direct: +1 415 693 2271

Email: dkong@cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.